UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 20-326(A)-JFW |
| Date | June 27, 2022 |
| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
| Interpreter | Korean: Mary Ann Deugseon Yi and Young Park |

| SHANNON REILLY | MIRANDA ALGORRI (A.M.) / MYRA PONCE (P.M.) | Mack Eric Jenkins, Veronica Dragalin, Cassie D. Palmer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5. Dae Yong Lee | X | | X | Ariel A Neuman | X | | X |
| 6. 940 Hill, LLC | X | | | Ray S. Seilie | X | | X |

| | |
|---|---|
| X | Jury Trial Day 9 |
| X | Exhibit admitted |
| X | Court and counsel discuss jury instructions |
| X | For the reasons stated on the record, juror no. 3 is replaced with alternate juror no. 2 |
| X | Court instructs jury |
| X | Bailiff sworn |
| X | Clerk and counsel reviewed exhibits to be submitted to Jury for deliberations |
| X | Jury retires to deliberate |
| X | Jury Notes 1 and 2 received and filed, response to Jury Note 1 filed |
| X | Jury Verdict read and filed as follows: Guilty on Counts 5, 25,and 38 as to defendant Lee and 940 Hill, LLC |
| X | Jury polled |
| X | Counsel shall meet and confer and agree to a briefing schedule on Defendant's Motion for judgment of acquittal (FRCrP 29) in accordance with the Court's comments made on the record |
| X | Counsel shall meet and confer and submit an agreed to bond modification |
| X | **Defendant is referred to the Probation Office for the preparation of a pre-sentence report and continues the matter to September 19, 2022, at 8:00 am, for sentencing** |

Other: Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.

Other: Exhibits returned to counsel

| | 2 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | SR | |