# EXHIBIT D

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  09/14/2020

On or about June 29, 2020, GEORGE CHIANG provided consent to search his e-mail account [REDACTED] seized pursuant to search warrants 2:18-MJ-1062 and 2:18-MJ-2914 outside of the time frame subject to the order.

Investigation on  06/29/2020  at  Los Angeles, California, United States (Email)

File #  194B-LA-255905                                          Date drafted  06/29/2020

by  Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_2006990

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   • information associated with account ███████████████████████

   executed on May 2, 2018 and November 5, 2018, pursuant to search warrants in case numbers 2:18-MJ-1062 and 2:18-MJ-2914, beyond the time period authorized in the search warrant.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

___6/29/20___
Date

_____
Signature

_____
Witness

Casino_2006991