**ORIGINAL**

**Redacted**

**FILED**
CLERK, U.S. DISTRICT COURT

11/10/22

CENTRAL DISTRICT OF CALIFORNIA
BY: SR DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 20-326(A)-JFW** |
| Plaintiff, ) | **VERDICT FORM** |
| v. ) | |
| SHEN ZHEN NEW WORLD I, LLC, ) | |
| Defendant. ) | |

## COUNT TWO

### Honest Services Wire Fraud

1. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    ✓    GUILTY

    ___    NOT GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Two of the First Superseding Indictment.

**(If your response to Question No. 1 is "GUILTY," you *must* answer Question Nos. 2 and 3. If your response to Question No. 1 is "NOT GUILTY," please *skip* Question Nos. 2 and 3 and proceed to Question No. 4.)**

1

2.  We, the Jury, further unanimously find in support of our verdict on Count Two that as part of the scheme or plan to defraud the City of Los Angeles and its citizens of their right to Jose Huizar's honest services, defendant SHEN ZHEN NEW WORLD I, LLC provided financial benefits to Jose Huizar intending to receive, in exchange for those financial benefits, the following official act(s) (check all that apply):

✓ Jose Huizar presenting motions and resolutions in various City of Los Angeles (the "City") committees to benefit the redevelopment of the L.A. Grand Hotel.

✓ Jose Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council.

✓ Jose Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel.

✓ Jose Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel.

✓ Jose Huizar introducing or voting on City resolutions to enhance the professional reputation and marketability of defendant SHEN ZHEN NEW WORLD I, LLC and/or Wei Huang in the City to benefit the redevelopment of the L.A. Grand Hotel.

**(Please proceed to Question No. 3.)**

2

3. We, the Jury, unanimously find as follows on the question of the statute of limitations regarding Count Two only (**check one**): Did the government prove beyond a reasonable doubt that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to Jose Huizar's honest services affected a financial institution?

      ✓  YES

      ___  NO

**(Please proceed to Question No. 4.)**

3

## COUNT THREE

### Honest Services Wire Fraud

4. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    ✓    GUILTY

    ___    NOT GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Three of the First Superseding Indictment.

(**If your response to Question No. 4 is "GUILTY," you _must_ answer Question No. 5.  If your response to Question No. 4 is "NOT GUILTY," please _skip_ Question No. 5 and proceed to Question No. 6.**)

5. We, the Jury, further unanimously find in support of our verdict on Count Three that as part of the scheme or plan to defraud the City of Los Angeles and its citizens of their right to Jose Huizar's honest services, defendant SHEN ZHEN NEW WORLD I, LLC provided financial benefits to Jose Huizar intending to receive, in exchange for those financial benefits, the following official act(s) (**check all that apply**):

    ✓    Jose Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel.

    ✓    Jose Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council.

    ✓    Jose Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel.

    ✓    Jose Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 6.)**

# COUNT FOUR

## Honest Services Wire Fraud

6. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    __✓__    GUILTY

    _____    NOT GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Four of the First Superseding Indictment.

**(If your response to Question No. 6 is "GUILTY," you *must* answer Question No. 7. If your response to Question No. 6 is "NOT GUILTY," please *skip* Question No. 7 and proceed to Question No. 8.)**

7. We, the Jury, further unanimously find in support of our verdict on Count Four that as part of the scheme or plan to defraud the City of Los Angeles and its citizens of their right to Jose Huizar's honest services, defendant SHEN ZHEN NEW WORLD I, LLC provided financial benefits to Jose Huizar intending to receive, in exchange for those financial benefits, the following official act(s) (**check all that apply**):

    __✓__    Jose Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel.

    __✓__    Jose Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council.

    __✓__    Jose Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel.

    _____    Jose Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 8.)**

7

## COUNT EIGHTEEN

### Interstate and Foreign Travel In Aid of Bribery

8. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

~~\_\_\_\_✓\_\_\_\_~~   GUILTY

_____   NOT GUILTY

of interstate and foreign travel in aid of bribery, in violation of 18 U.S.C. § 1952(a)(3), as charged in Count Eighteen of the First Superseding Indictment.

**(Please Proceed to Question No. 9.)**

## COUNT NINETEEN

## Interstate and Foreign Travel In Aid of Bribery

9. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    ✓     GUILTY

    ___     NOT GUILTY

of interstate and foreign travel in aid of bribery, in violation of 18 U.S.C. § 1952(a)(3), as charged in Count Nineteen of the First Superseding Indictment.

**(Please Proceed to Question No. 10.)**

## COUNT TWENTY

## Interstate and Foreign Travel In Aid of Bribery

10. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

      __✓__        GUILTY

      _____        NOT GUILTY

of interstate and foreign travel in aid of bribery, in violation of 18 U.S.C. § 1952(a)(3), as charged in Count Twenty of the First Superseding Indictment.

**(Please Proceed to Question No. 11.)**

**COUNT TWENTY-ONE**

**Interstate and Foreign Travel In Aid of Bribery**

11. We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    ✓     GUILTY

    ___     NOT GUILTY

of interstate and foreign travel in aid of bribery, in violation of 18 U.S.C. § 1952(a)(3), as charged in Count Twenty-One of the First Superseding Indictment.

**(Please Proceed to Question No. 12.)**

11

## COUNT TWENTY-THREE

### Bribery Concerning Programs Receiving Federal Funds

12.  We, the Jury, unanimously find the defendant SHEN ZHEN NEW WORLD I, LLC (**check one**):

    ✓    GUILTY

    ___  NOT GUILTY

of bribery concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(2), as charged in Count Twenty-Three of the First Superseding Indictment.

(**The foreperson should now sign and date this verdict form.**)

/S/
_____
FOREPERSON OF THE JURY

DATED: November 10, 2022, at Los Angeles, California.

12