# EXHIBIT L

## (Filed Under Seal)