# Exhibit B

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

Cellebrite
www.cellebrite.com

**Extraction Report** - Apple iPhone

Jose Huizar
[redacted]

George Esparza
[redacted]



[REDACTED]

Yes. Ricky just doesn't know what time. He will get an Idea as soon as chairman arrives.

**Status:** Sent

**Delivered:** 2/5/2016 10:58:23 AM(UTC-8)

2/5/2016 10:58:23 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Chairman asked if you are free for dinner tonight at 7? Ray Chan will be joining the dinner.

**Status:** Sent

**Delivered:** 2/6/2016 11:35:35 AM(UTC-8)

2/6/2016 11:35:30 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Hmm.... No. Maybe we change a little at a time...under 10 k in future.

**Status:** Read

**Read:** 2/8/2016 4:28:09 PM(UTC-8)

2/8/2016 4:26:08 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Don't exhange if they are asking u for all that info.

**Status:** Read

**Read:** 2/8/2016 4:28:13 PM(UTC-8)

2/8/2016 4:26:25 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Did they ask u for that info at bank!

**Status:** Read

**Read:** 2/8/2016 4:28:49 PM(UTC-8)

2/8/2016 4:26:47 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

?

**Status:** Read

**Read:** 2/8/2016 4:28:49 PM(UTC-8)

2/8/2016 4:26:51 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

First place is .68.

They are asking me for my drivers license and social security for IRS record. Do you think it's fine to leave my info?

**Status:** Sent

**Delivered:** 2/8/2016 4:27:03 PM(UTC-8)

2/8/2016 4:27:02 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

Ok. I'm leaving.

The bank asked for my account info.

**Status:** Sent

**Delivered:** 2/8/2016 4:30:37 PM(UTC-8)

2/8/2016 4:30:36 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

Ricky told me we can exchange in Vegas. It's better.

**Status:** Sent

**Delivered:** 2/8/2016 4:49:08 PM(UTC-8)

2/8/2016 4:49:07 PM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Go to the other place tomorrow and take 9 k. See if they change 9 k without getting your social security number.

**Status:** Read

**Read:** 2/8/2016 6:22:15 PM(UTC-8)

2/8/2016 6:03:27 PM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Even if they take your social security, it doesn't mean that they will report to irs. They probably will just keep it for their records but not do anything with tax reporting.

**Status:** Read

**Read:** 2/8/2016 6:22:15 PM(UTC-8)

2/8/2016 6:04:39 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

Ok cool. I'll go tomorrow.

**Status:** Sent

**Delivered:** 2/8/2016 6:22:50 PM(UTC-8)

2/8/2016 6:22:49 PM(UTC-8)

Source Extraction:
File System

---

Just wanted to run that by you before I exchanged. I'll let you know what the place tells me tomorrow.

**Status:** Sent

**Delivered:** 2/8/2016 6:24:42 PM(UTC-8)

2/8/2016 6:24:39 PM(UTC-8)

Source Extraction:
File System

[REDACTED]

I exchanged 10k today. Will do another tomorrow. If it's under 10k, they will not report.

**Status:** Sent

**Delivered:** 2/9/2016 2:42:51 PM(UTC-8)

2/9/2016 2:42:49 PM(UTC-8)

Source Extraction:
File System

[REDACTED]

I'm here at the office.

**Status:** Sent

**Delivered:** 2/9/2016 2:42:58 PM(UTC-8)

2/9/2016 2:42:58 PM(UTC-8)

Source Extraction:
File System

[REDACTED] Jose Huizar

When u go back and exchange others. Ask them if they can give it to u for .688...that's what I was originally quoted. Otherwise take the .68

**Status:** Read

**Read:** 2/9/2016 4:28:40 PM(UTC-8)

2/9/2016 4:27:22 PM(UTC-8)

Source Extraction:
File System

[REDACTED]

Ok

**Status:** Sent

**Delivered:** 2/9/2016 4:29:04 PM(UTC-8)

2/9/2016 4:28:54 PM(UTC-8)

Source Extraction:
File System

[REDACTED] Jose Huizar

Dude. The official exchange rate is .71 right now. See if u can get .69 or better.

**Status:** Read

**Read:** 2/10/2016 12:41:25 PM(UTC-8)

2/10/2016 12:41:12 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Ok. Im going to head over in a bit.

**Status:** Sent

**Delivered:** 2/10/2016 12:41:58 PM(UTC-8)

2/10/2016 12:41:56 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

U can call the two places in dtla and see which one is giving the better rate.

**Status:** Read

**Read:** 2/10/2016 12:45:12 PM(UTC-8)

2/10/2016 12:42:38 PM(UTC-8)

Source Extraction:
File System

[REDACTED] Jose Huizar

If it's a rate above .69 at both places. Cash as much as u can at both bc I don't think it will get any better than that.

**Status:** Read

**Read:** 2/10/2016 12:47:20 PM(UTC-8)

2/10/2016 12:47:17 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

I just called. It's still at .68. Thats the current retail value.

.71 is the market rate. Both places said they can't give market rate.

**Status:** Sent

**Delivered:** 2/10/2016 12:48:40 PM(UTC-8)

2/10/2016 12:48:37 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Ok

**Status:** Read

**Read:** 2/10/2016 12:49:18 PM(UTC-8)

2/10/2016 12:49:14 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Chairman is leaving to Vegas on Friday at 4pm and coming back Sunday.

**Status:** Sent

**Delivered:** 2/10/2016 1:26:05 PM(UTC-8)

2/10/2016 1:26:04 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

He asked if you wanted to go.

**Status:** Sent

**Delivered:** 2/10/2016 1:26:11 PM(UTC-8)

2/10/2016 1:26:10 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Do u know where they are staying?

**Status:** Read

**Read:** 2/10/2016 1:37:02 PM(UTC-8)

2/10/2016 1:36:56 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Cosmo. You can ride in plane.

**Status:** Sent

**Delivered:** 2/10/2016 1:37:23 PM(UTC-8)

2/10/2016 1:37:22 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Check if there are flights back Saturday morning. I have to be at a school interview for Emilia at 11 am

**Status:** Read

**Read:** 2/10/2016 1:43:03 PM(UTC-8)

2/10/2016 1:42:03 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

Time to wake up boss. Picking you up at 9.

**Status:** Sent

**Delivered:** 2/11/2016 8:41:38 AM(UTC-8)

2/11/2016 8:41:36 AM(UTC-8)

Source Extraction:
File System

---

[redacted]

On my way

**Status:** Sent

**Delivered:** 2/11/2016 9:01:47 AM(UTC-8)

2/11/2016 9:01:47 AM(UTC-8)

Source Extraction:
File System

---

[redacted]

Here

**Status:** Sent

**Delivered:** 2/11/2016 9:10:59 AM(UTC-8)

2/11/2016 9:10:56 AM(UTC-8)

Source Extraction:
File System

---

[redacted]

Pick u up at 9.

**Status:** Sent

**Delivered:** 2/12/2016 8:33:28 AM(UTC-8)

2/12/2016 8:33:24 AM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Ok

**Status:** Read

**Read:** 2/12/2016 8:37:41 AM(UTC-8)

2/12/2016 8:36:45 AM(UTC-8)

Source Extraction:
File System

---

[redacted]

Here

**Status:** Sent

**Delivered:** 2/12/2016 9:03:01 AM(UTC-8)

2/12/2016 9:03:00 AM(UTC-8)

Source Extraction:
File System

---



[redacted] Jose Huizar

Out in 5

**Status:** Read

**Read:** 2/12/2016 9:11:15 AM(UTC-8)

2/12/2016 9:10:02 AM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Can u book me leaving Burbank at 9:10 tonight and returning tomorrow morning at 8:25? Thanks.

**Status:** Read

**Read:** 2/12/2016 7:16:26 PM(UTC-8)

2/12/2016 7:13:31 PM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Send me the tickets via email or text?

**Status:** Read

**Read:** 2/12/2016 7:16:26 PM(UTC-8)

2/12/2016 7:13:47 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

Ok

**Status:** Sent

**Delivered:** 2/12/2016 7:16:36 PM(UTC-8)

2/12/2016 7:16:36 PM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar

Confirmed?

**Status:** Read

**Read:** 2/12/2016 7:30:34 PM(UTC-8)

2/12/2016 7:30:20 PM(UTC-8)

Source Extraction:
File System

---

[redacted]

**Attachments:**

Size: 134957
File name: IMG_0366.PNG
IMG_0366.PNG

**Status:** Sent

**Delivered:** 2/12/2016 7:30:47 PM(UTC-8)

2/12/2016 7:30:45 PM(UTC-8)

Source Extraction:
File System

A driver will pick u up.
**Status:** Sent
**Delivered:** 2/12/2016 8:06:08 PM(UTC-8)
2/12/2016 8:06:07 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
On my way to airport. Is a car gonna pick me up at airport?
**Status:** Read
**Read:** 2/12/2016 8:06:15 PM(UTC-8)
2/12/2016 8:06:14 PM(UTC-8)

Source Extraction:
File System

---

A driver will pick u up
**Status:** Sent
**Delivered:** 2/12/2016 8:06:34 PM(UTC-8)
2/12/2016 8:06:34 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
Oh. We sent at same time
**Status:** Read
**Read:** 2/12/2016 8:06:34 PM(UTC-8)
2/12/2016 8:06:34 PM(UTC-8)

Source Extraction:
File System

---

Cool.
**Status:** Sent
**Delivered:** 2/12/2016 8:07:00 PM(UTC-8)
2/12/2016 8:07:00 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
My flight delayed to 9:35
**Status:** Read
**Read:** 2/12/2016 8:54:34 PM(UTC-8)
2/12/2016 8:52:11 PM(UTC-8)

Source Extraction:
File System

---

Ok
**Status:** Sent
**Delivered:** 2/12/2016 8:54:43 PM(UTC-8)
2/12/2016 8:54:43 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
Landed.
**Status:** Read
**Read:** 2/12/2016 10:15:42 PM(UTC-8)
2/12/2016 10:15:13 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
U guys are going to concert too?
**Status:** Read
**Read:** 2/12/2016 10:15:42 PM(UTC-8)
2/12/2016 10:15:31 PM(UTC-8)

Source Extraction:
File System

---

Just sat down for a chinese concert.
**Status:** Sent
**Delivered:** 2/12/2016 10:16:21 PM(UTC-8)
2/12/2016 10:16:16 PM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
Have fun.
**Status:** Read
**Read:** 2/12/2016 10:16:34 PM(UTC-8)
2/12/2016 10:16:34 PM(UTC-8)

Source Extraction:
File System

---

Lol
**Status:** Sent
**Delivered:** 2/12/2016 10:16:41 PM(UTC-8)
2/12/2016 10:16:40 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

I guess chairman didn't go before? Now taking u guys?

**Status:** Read

**Read:** 2/12/2016 10:17:05 PM(UTC-8)

2/12/2016 10:17:04 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

His kids didn't want to go, so he told Ricky and I to go in their place.

**Status:** Sent

**Delivered:** 2/12/2016 10:17:43 PM(UTC-8)

2/12/2016 10:17:41 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

U with chairman ?

**Status:** Read

**Read:** 2/12/2016 10:18:03 PM(UTC-8)

2/12/2016 10:18:02 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Chairman is up 100k right now.

**Status:** Sent

**Delivered:** 2/12/2016 10:18:22 PM(UTC-8)

2/12/2016 10:18:17 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Yes, he's here.

**Status:** Sent

**Delivered:** 2/12/2016 10:18:22 PM(UTC-8)

2/12/2016 10:18:22 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

The whole crew is here.

**Status:** Sent

**Delivered:** 2/12/2016 10:18:36 PM(UTC-8)

2/12/2016 10:18:36 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

How long is the concert?

**Status:** Read

**Read:** 2/12/2016 10:18:41 PM(UTC-8)

2/12/2016 10:18:41 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

one hour and twenty minutes.

**Status:** Sent

**Delivered:** 2/12/2016 10:19:06 PM(UTC-8)

2/12/2016 10:19:05 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Annie will take care of you until we get back.

**Status:** Sent

**Delivered:** 2/12/2016 10:19:33 PM(UTC-8)

2/12/2016 10:19:33 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

She has your room keys.

**Status:** Sent

**Delivered:** 2/12/2016 10:19:42 PM(UTC-8)

2/12/2016 10:19:42 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

Annie's number: [REDACTED]

**Status:** Sent

**Delivered:** 2/12/2016 10:24:42 PM(UTC-8)

2/12/2016 10:24:41 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

In room 6085.

**Status:** Read

**Read:** 2/12/2016 11:00:43 PM(UTC-8)

2/12/2016 10:58:23 PM(UTC-8)

Source Extraction:
File System

---



[redacted] Jose Huizar
U guys almost done?
**Status:** Read
**Read:** 2/13/2016 12:20:04 AM(UTC-8)
2/13/2016 12:14:09 AM(UTC-8)

Source Extraction:
File System

---

[redacted]
Yes. Last song.
**Status:** Sent
**Delivered:** 2/13/2016 12:24:59 AM(UTC-8)
2/13/2016 12:24:58 AM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar
Wow
**Status:** Read
**Read:** 2/13/2016 12:25:10 AM(UTC-8)
2/13/2016 12:25:10 AM(UTC-8)

Source Extraction:
File System

---

[redacted]
Yup.
**Status:** Sent
**Delivered:** 2/13/2016 12:25:20 AM(UTC-8)
2/13/2016 12:25:20 AM(UTC-8)

Source Extraction:
File System

---

[redacted] Jose Huizar
How was it?
**Status:** Read
**Read:** 2/13/2016 12:25:23 AM(UTC-8)
2/13/2016 12:25:23 AM(UTC-8)

Source Extraction:
File System

---

[redacted]
Horrible.
**Status:** Sent
**Delivered:** 2/13/2016 12:25:32 AM(UTC-8)
2/13/2016 12:25:31 AM(UTC-8)

Source Extraction:
File System

---

Jose Huizar

Lol

**Status:** Read

**Read:** 2/13/2016 12:25:36 AM(UTC-8)

2/13/2016 12:25:36 AM(UTC-8)

Source Extraction:
File System

---

Jose Huizar

Sleep

**Status:** Read

**Read:** 2/13/2016 12:25:42 AM(UTC-8)

2/13/2016 12:25:41 AM(UTC-8)

Source Extraction:
File System

---

Ended. We are headed to limo.

**Status:** Sent

**Delivered:** 2/13/2016 12:26:45 AM(UTC-8)

2/13/2016 12:26:45 AM(UTC-8)

Source Extraction:
File System

---

Jose Huizar

Where was concert?

**Status:** Read

**Read:** 2/13/2016 12:27:13 AM(UTC-8)

2/13/2016 12:27:05 AM(UTC-8)

Source Extraction:
File System

---

Cesar palace.

**Status:** Sent

**Delivered:** 2/13/2016 12:27:27 AM(UTC-8)

2/13/2016 12:27:27 AM(UTC-8)

Source Extraction:
File System

---

Chairman wants to take picture with singer. Waiting for her to come out to take picture.

**Status:** Sent

**Delivered:** 2/13/2016 12:33:25 AM(UTC-8)

2/13/2016 12:33:25 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar
Did he go with his wife?
**Status:** Read
**Read:** 2/13/2016 12:34:13 AM(UTC-8)
2/13/2016 12:33:58 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED]
Yes
**Status:** Sent
**Delivered:** 2/13/2016 12:34:16 AM(UTC-8)
2/13/2016 12:34:16 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar
Is chairman gonna wanna play afterward or is he tired?
**Status:** Read
**Read:** 2/13/2016 12:42:07 AM(UTC-8)
2/13/2016 12:40:34 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED]
Ricky's says he still wants to play.
**Status:** Sent
**Delivered:** 2/13/2016 12:42:19 AM(UTC-8)
2/13/2016 12:42:19 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED]
On our way
**Status:** Sent
**Delivered:** 2/13/2016 1:20:50 AM(UTC-8)
2/13/2016 1:20:49 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED]
Here
**Status:** Sent
**Delivered:** 2/13/2016 1:23:24 AM(UTC-8)
2/13/2016 1:23:24 AM(UTC-8)

Source Extraction:
File System

---

Meet us a baccarat table
**Status:** Sent
**Delivered:** 2/13/2016 1:23:45 AM(UTC-8)
2/13/2016 1:23:45 AM(UTC-8)

Source Extraction:
File System

---

2nd floor
**Status:** Sent
**Delivered:** 2/13/2016 1:26:42 AM(UTC-8)
2/13/2016 1:26:42 AM(UTC-8)

Source Extraction:
File System

---

**Attachments:**

Size: 134302
File name: IMG_0374.PNG
IMG_0374.PNG

**Status:** Sent
**Delivered:** 2/13/2016 5:21:20 AM(UTC-8)
2/13/2016 5:21:19 AM(UTC-8)

Source Extraction:
File System

---

Jose Huizar
Can u come get bottle or is it too much trouble?
**Status:** Read
**Read:** 2/13/2016 6:32:21 AM(UTC-8)
2/13/2016 6:32:13 AM(UTC-8)

Source Extraction:
File System

---

I'm right next door. I knocked earlier. I have the key. I'm in the restroom right now. I'll go over once I'm done.
**Status:** Sent
**Delivered:** 2/13/2016 6:33:16 AM(UTC-8)
2/13/2016 6:33:15 AM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

(1). U back? How did chairman do?
(2). For last batch to exchange, I think it is 12,800 (correct?). ...see if u can bargain with either of two places in dtla for more than .68. The Australian dollar has gotten stronger and is close to .72 official exchange.

**Status:** Read
**Read:** 2/14/2016 1:48:41 PM(UTC-8)

2/14/2016 1:48:05 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

I came home. Chairman is up 2mil.

Ok. I'll see if I can get close to .72.

**Status:** Sent
**Delivered:** 2/14/2016 5:25:54 PM(UTC-8)

2/14/2016 5:25:54 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Chairman played all he time or did his wife have him do other stuff?

**Status:** Read
**Read:** 2/14/2016 6:11:34 PM(UTC-8)

2/14/2016 5:47:53 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

He kept playing after lunch then went to concert after dinner. They are still in Vegas.

**Status:** Sent
**Delivered:** 2/14/2016 6:22:15 PM(UTC-8)

2/14/2016 6:22:14 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED]

1) Leo and Izek committed 6k to Darrel and 4K to mike. They get back from New York on Monday and will cut checks when they get back.

2)I was able to get you .69 exchange rate.

3) chairman won 3 mil.

**Status:** Sent
**Delivered:** 2/17/2016 12:44:40 PM(UTC-8)

2/17/2016 12:44:37 PM(UTC-8)

Source Extraction:
File System

---

[REDACTED] Jose Huizar

Wow. Wow. Wow.

**Status:** Read
**Read:** 2/17/2016 12:45:07 PM(UTC-8)

2/17/2016 12:45:07 PM(UTC-8)

Source Extraction:
File System

---