E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO OSC REGARDING COURTESY COPY FOR DKT. NO. 906; DECLARATION OF MACK E. JENKINS |
| v. | |
| JOSÉ LUIS HUIZAR, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its response to the Court's Order to Show Cause why the government's Opposition to defendant José Luis Huizar's Motion to Compel Presentations and Pitch Materials Relating to the First Superseding Indictment (Dkt. No. 899) should not be stricken for failure to

deliver courtesy copies to chambers and the attached declaration. (Dkt. No. 909.)

Dated: January 19, 2023              Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney


                                       _/s/_____
                                     SUSAN S. HAR
                                     MACK E. JENKINS
                                     CASSIE D. PALMER
                                     BRIAN R. FAERSTEIN
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**DECLARATION OF MACK E. JENKINS**

I, Mack E. Jenkins, declare as follows:

1. I am the Criminal Chief in the United States Attorney's Office ("USAO") for the Central District of California, and I am the lead prosecutor on <u>United States v. Jose Huizar, et al.</u>, CR 20-326(A)-JFW. Accordingly, I am ultimately responsible for all case management in this matter.

2. This declaration is based on conversations with various members of the USAO, including Executive Assistant United States Attorney ("AUSA") Christina Shay, AUSA Susan Har, and numerous support staff involved in the process of transmitting courtesy copies. These were conversations that were told to me or that I personally engaged in. The substance of these collection of conversations is below.

  a. On January 17, 2023, the government filed an opposition to defendant Jose Huizar's motion to compel presentations and pitch materials relating to the First Superseding Indictment (the "Opposition"). (Dkt. No. 906.) Government counsel followed its routine internal procedure for requesting that designated government personnel at the First Street Courthouse deliver a courtesy copy and chambers copy of the Opposition (with exhibits) to this Court's Chambers, specifically per the Court's standing order for mandatory chambers copies of all electronically filed documents. Regrettably, a staff member who was temporarily overseeing requests for the delivery of chambers copies inadvertently overlooked the request, and the chambers and courtesy copies were not timely provided unbeknownst to any of the AUSAs assigned to this matter or anyone else.

b. In particular, there is ordinarily a permanent on-site staff member from the U.S. Attorney's Office ("USAO") who oversees, tracks, and fulfills requests from AUSAs for the delivery of chambers copies at the First Street Courthouse; however, following that staff member's recovery from a serious medical procedure, requests for the delivery of chambers copies have been handled by other staff members on a rotating schedule, with, oftentimes, a different person assigned each day of the week.  Unfortunately, the USAO is currently understaffed at various support positions and is currently seeking to hire additional persons.  On January 17, following its filing of the Opposition over ECF, government counsel submitted an internal request that chambers and courtesy copies of the Opposition be delivered to this Court's Chambers by the morning of January 18.  However, due to a miscommunication between staff members overseeing chambers copy requests on January 17 and 18, respectively, government counsel's request for the delivery of chambers and courtesy copies of the Opposition was inadvertently deemed completed when in fact it had yet to be fulfilled.  (Conversely, when government counsel followed the same internal procedure to request courtesy copies of the Joint Pretrial Exhibit Stipulation (Dkt. No. 907), filed a few hours after the Opposition, that request was completed without incident.)

c. Nevertheless, it was ultimately the responsibility of government counsel to ensure that the chambers and courtesy copies were delivered, and the government sincerely regrets the inconvenience that its mistake has caused the Court.  As a result of this incident, the issue was elevated to myself, Executive AUSA Shay, and two Supervisory Legal Assistants, and changes are being evaluated to the USAO's current system for processing requests for the delivery

2

of chambers and courtesy copies during this period of staff transition.  The government also will ensure particular attention is paid to requests for chambers copies in this matter (20-CR-326-JFW) moving forward, so that this situation does not recur in the future.

3.   Accordingly, the government respectfully requests that the Court accept and consider the government's Opposition, notwithstanding the government's failure to timely provide chambers and courtesy copies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 19, 2023.

_____
MACK E. JENKINS

3