UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-326(A)-JFW**                                               Dated: January 20, 2023
=======================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Miranda Algorri | **Asst. U.S. Attorneys Present for the Government** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | Mack Eric Jenkins |
| | | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |

=======================================================================
**USA vs (Dft Present listed below)     Deputy Federal Public Defenders Present for Defendant**

| 1. | Jose Luis Huizar (Bond) | 1. | Carel Ale |
| | | | Charles James Snyder |
| | | | Adam Olin |

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance. Defendant Jose Luis Huizar ("Defendant") is sworn.

Plea agreement filed on January 19, 2023 is incorporated and made part of the proceeding.

Defendant withdraws his previously entered pleas of not guilty and enters pleas of guilty to Counts One and Forty-One of the First Superseding Indictment filed on November 12, 2020.

The Court questions Defendant regarding the pleas of guilty and finds a factual and legal basis for the pleas. The Court finds that Defendant has entered his pleas freely and voluntarily with a full understanding of the charges against him and the consequences of his pleas. The Court finds that Defendant understands his constitutional and statutory rights and wishes to waive them. Accordingly, the pleas are accepted and entered.

The Court refers Defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **April 3, 2023 at 8:00 am** for sentencing. **All deadlines and dates are vacated as to this defendant only. All pending Motions and Motions in Limine filed by Defendant are denied as moot.**

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.*

CC:     USPO/PSA; USM                                                         Initials of Deputy Clerk  sr