UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.     **CR 20-326(A)-JFW**                                    Dated: February 15, 2023

Case Name: **United States of America -v- Raymond She Wah Chan**
========================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly            Miranda Algorri        **Asst. U.S. Attorneys Present for the Government**
**Courtroom Deputy**      **Court Reporter**

                                                 Mack Eric Jenkins
                                                 Cassie D. Palmer
                                                 Susan S. Har
                                                 Brian R. Faerstein


========================================================================
**Defendant Present on Bond**                    **Retained Counsel Present for Defendant**

2.     Raymond She Wah Chan                      2.    Harland W. Braun
                                                       Brendan Joseph Pratt


**PROCEEDINGS:     FINAL STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss pretrial and trial issues.

All deadlines as stated on the record.

The Jury Trial as to Raymond Chan remains set for February 21, 2023 at 8:30 a.m. Jury empanelment will take place in Courtroom 1.



CC: USPO/PSA



Initials of Deputy Clerk __sr__

1/00