**<u>Exhibit A</u>**

These 12 Counts (8 Scenarios)
are stated
**in the Government's <span style="color:red">1st Superseding Indictment</span>**
that brought Chan to this trial.

In the Indictment,
**the Government use <span style="color:red">over 90 Overt Acts</span>**
**to support the <span style="color:red">12 Counts</span> against Chan.**

2

**But there were**
**<u>NO "smoking guns" or "real" EVIDENCE</u>**
**that show Chan committed any crime.**

**<u>THEREFORE</u>**

The Government **"Picked and Chose"**
information from what they gathered
and
applied **"Illegal Tactics"** to
**forge false Overt Acts and frivolous Counts**.

3

We need time
to BRIEFLY prove that
**_Chan did Nothing Wrong._**

**He did NO AIDING/ABETTING**

**He did NO "PLAY" and took NO "PAY"**

**He had NO INTENT and NO AGREEMENT to do the above.**

**Chan is innocent beyond a reasonable doubt!**

We will also BRIEFLY show
**_How the Government applied their Illegal Tactic._**
and
**_Why the Government tried so hard to wrongfully indict Chan._**

4

# *Who Chan is*
# *Personal and Professional*

**Chan**

- Was born in <u>China</u>.

- Was raised in <u>Hong Kong</u>.

- Went to <u>Canada</u> for high school and got a degree in <u>Physics</u>.

- Married his wife and settled in <u>Los Angeles</u>.
  Happily <u>married for 45 years and has a son</u>.

- Obtained another degree in <u>Civil Engineering</u>.

- Is a <u>California licensed</u>:
  - Structural Engineer
  - Civil Engineer
  - General Building Contractor
  - Real Estate Broker

- In 1984, worked for <u>LA Water and Power</u> as a Design Engineer.

- In 1987, was promoted toGM <u>Building and Safety Dept. (LADBS)</u>

6

- But because Chan led many departments to built the largest/longest construction boom in the history of L.A., Mayor Garcetti hired Chan back on a <u>1-year contract</u> to be the <u>Deputy Mayor of Economic Development.</u>

**Responsible for:**
- RE Development
- International Trade
- Business Development
- Small & Minority Business

**Oversaw Departments:**
- Building and Safety
- Planning
- LAX
- Port of Los Angeles
- Convention Center
- Economic Development



7

# *Why People loved what Chan did as an official*

8

## Chan formed an *Inter-Departmental Partnership* to help customers

**Partnership**
- Building & Safety
- Planning
- Public Works
- Fire
- Water & Power
- Transportation



The Partnership worked together to:
- **advise, guide, and assist customers**
- **improve service and facilitate projects**
- **promote L.A. and recruit projects to L.A.**

9

Play the Audio – Report to the Industry

**Chan promoted L.A. and** *Recruited Projects to L.A.*

From 2013 to 2017, Chan **made 64 presentations** to investors, developers, and industry members to recruit development projects to L.A., to name a few:



## L.A. had its largest and longest development upward trend in history



## Construction worth increased 275% in 10 years.

12

# *Why People loved Chan as a Person*

13

# *Why People loved Chan as a Person*

**Chan is CARING AND HELPFUL**

- One of Chan's life missions is to help people.

- Chan wrote a book about leadership to train City staffers, **"What Successful LADBS Leaders do and How to Do It."**

   In one chapter, he wrote:



### Five (5) ways to build trust with others

Care for Others
   *(encourage the discouraged & comfort the discomforted)*

Listen to Others
   *(share their feelings, thoughts, & walk in their shoes)*

Help Others
   *(provide for the needed & help the helpless)*

Ask Others for Help
   *(to receive is just as good as to give)*

Ask Others for Criticism
   *(on the same playing field)*

14

# *Why People loved Chan as a Person*

**Chan is GENEROUS WITH MONEY**

- Chan **lends money** to help people, at any time he:

  - Lends out from $30,000 to $70,000 to people who has legitimate financial needs.

  - Never asks borrowers to pay interest.

- Chan also **gives money** to help people:

  - Gave thousands of dollars to his martial arts students in time of their need.

  - When a good friend passed away, he gave $3,000 to help the friend's family.

15

# *Why People loved Chan as a Person*

**Chan is NOT MONEY HUNGRY**

- He taught martial arts for 10 years **for free**.

- After retirement, Chan partnered with George Chiang, also one of his martial arts students, to do consulting and real estate sales.

  The partnership dissolved 3 years ago and **George Chiang still has not paid Chan his share of their profit, $60,000**.

- After retirement, Chan spent over 1 year (more than a hundred hours) to help a friend, Andy Wang, launch his home automation and kitchen cabinet business **for free**.

Unfortunately, Chan **sometimes helped the wrong people**.

Without Chan's knowledge, **Chiang and Wang were involved with some wrongdoings.**

16

# *Why People loved Chan as a Person*

**Chan is ETHICAL (NEVER RECEIVED OR ASK FOR)**

- He **declined all invitations to trips**, including to Las Vegas.

- He **rejected gifts** from others, such as:
    - An iPhone ($1,000)
    - A bottle of Louis XIII brandy ($8,000)
    - Tailored suit and shirts (thousands of dollar).
    - a Token of Appreciation ($20,000)

- He **never accepted any cash**

- Other than business events or meals with multiple attendees:
    - Chan **paid for his share**, or
    - Chan **took turns to pay**.

17

# *Why People loved Chan as a Person*

- Chan **helped hundreds of people** throughout his life (many times proactively without being asked).

- **HE NEVER ASKED FOR ANYTHING IN RETURN.**

- A friend gave Chan a book, named ***`Go-Giver'*** to describe Chan.

- He is well-known and appreciated for being:
  - **Caring and Helpful**
  - **Generous**
  - **Ethical and Trustworthy**



18

19

| | | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|---|
| **1** | | **Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan** | **Count 22** | **Counts 2, 3 and 4** |
| 2 | | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

20

*Briefly Debunk Count 22
and
Related Counts 2, 3, and 4*

21

# Aid and Abet

**When a Defendant (Chan) helped a person who has been charged with committing a crime (Huizar**), <u>the Defendant (Chan) has to know that a crime was involved</u>.

**It is not enough to define the help as 'Aiding and Abetting**' just because:

1.  <u>The Defendant (Chan) was associated with the person</u> who has been charged.

2.  <u>The Defendant (Chan) was at the crime scene</u>.

22

# Count 22

**Alleged 2 PAYs and 1 PLAY:**

**PAY 1**:  **Chan AIDED/ABETTED Huizar** to obtain from Huang <u>casino gambling chips</u>, accommodations, and travel expenses.

**PAY 2**:  **Chan AIDED/ABETTED Huizar** to obtain from Huang approx. <u>$575,000 in collateral</u> applied to HUIZAR's personal loan.

**PLAY 1**: **Chan participated** in <u>rewarding the L.A. Grand Hotel Expansion Project.</u>

23

## The 19 Vegas Trips

| OA No. | Date(s) | Casino(s) | Expenses (group) | Gambling Chips (HUIZAR) | Gambling Chips (Esparza) |
|---|---|---|---|---|---|
| 4 | 03/22/13 to 03/24/2013 | Wynn | $56,704 | $10,000 | $2,000 |
| 5 | 12/30/2013 to 01/02/2014 | Wynn | $54,141 | $10,000 | $2,000 |
| 6 | 06/07/2014 to 06/08/2014 | Palazzo/Venetian/Wynn | $61,635 | $10,000 | $2,000 |
| 7 | 06/14/2014 to 06/15/2014 | Palazzo/Venetian/Wynn | $17,844 | $10,000 | $2,000 |
| 8 | 08/22/2014 to 08/25/2014 | Palazzo/Venetian | $138,233 | $13,500 | $2,000 |
| 9 | 03/13/2015 to 03/14/2015 | Palazzo/Venetian | $30,952 | $20,000 | $2,000 |
| 10 | 03/28/2015 to 03/30/2015 | Palazzo/Venetian | $39,185 | $10,000 | $2,000 |
| 11 | 05/01/2015 to 05/03/2015 | Palazzo/Venetian | $2,676 | $10,000 | $2,000 |
| 12 | 07/07/2015 to 07/08/2015 | Palazzo/Venetian | $32,682 | $65,000 | $2,000 |
| 13 | 10/28/2015 to 10/30/2015 | Cosmopolitan | $96,681 | $10,000 | $2,000 |
| 14 | 12/11/2015 to 12/13/2015 | Caesar's Palace | $35,974 | $10,000 | $2,000 |
| 15 | 02/12/2016 to 02/13/2016 | Cosmopolitan | $60,798 | $10,000 | $2,000 |
| 16 | 02/26/2016 to 02/28/2016 | Caesar's Palace | $40,095 | $10,000 | $2,000 |
| 17 | 04/30/2016 to 05/02/2016 | Palazzo/Venetian/Cosmopolitan | $127,256 | $10,000 | $2,000 |
| 18 | 05/05/2016 to 05/07/2016 | Palazzo/Venetian/Caesar's | $16,475 | $10,000 | $2,000 |
| 19 | 05/13/2016 to 05/16/2016 | Palazzo/Venetian | $649 | $10,000 | $2,000 |
| 20 | 07/14/2016 to 07/17/2016 | Caesar's Palace | $1,123 | $10,000 | $2,000 |
| 21 | 08/05/2016 to 08/07/2016 | Cosmopolitan | $60,463 | $11,000 | $2,000 |
| 22 | 02/04/2017 to 02/06/2017 | Cosmopolitan/Caesar's Palace | $16,822 | $10,000 | $2,000 |
| | **TOTAL:** | | **$890,388** | **$259,500** | **$38,000** |

24

## To summarize Counts 22, 2, 3, and 4

1. Chan never went to any Vegas trips with Huizar and Huang, and Chan told them not to go together. **(NO PAY 1)**

2. Chan was not involved with the loan: **(NO PAY 2)**
   - Esparza gave Huizar the idea to ask Huang for help; not Chan.
   - Huizar asked Huang for the loan **TWO TIMES**; not Chan.
   - Huizar and Yong formulated the loan arrangement; not Chan.
   - Yong, Huizar, Esparza, Ricky, Grace Luck, and Yan Yan handled the process; not Chan.

3. Chan first heard of the L.A. Grand Project was 6 months after the loan was approved.Chan was only doing his job when he:
   - Replied to Huang that the Hotel could be expanded.
   - Met with the project team to verify area.
   - Attended a pre-development meeting at Huizar's office.
     **(NO PLAY 1)**

25

## Related Counts: Counts 2, 3, and 4

**Chan was named as a defendant for wire fraud:**

**Count 2:** **Huizar bank wired $570,000 to his law firm**

Chan **never participated** in Huizar's bank wiring.

**Count 3:** **Zheng sent Huizar an email and an attached draft letter to support the Hotel Expansion and asked Huizar to sign.**

The draft letter had Chan's name on it.  Chan **told Huizar to take his name off from the letter**.  And **Huizar did**.

**Count 4:** **Zheng sent an email to Huizar asking him to provide a list of consultants.**

Chan was **not on or copied on** the email and had **no knowledge** about the email**.**

26

# Time Lapse between Loan and L.A. Grand Hotel Expansion



**Count 22 and related Counts 2, 3, and 4 are <u>Frivolous Charges</u>**

Chan <u>Did Not Aid or Abet Huizar with any PAY or PLAY</u>

Chan <u>Did Not participate in any PAY</u>

<u>There was NO PLAY</u>

Chan <u>Did Not participate in any Mail Fraud</u>

Chan <u>Did Not have any Intent</u> to do the above

28

*Briefly Debunk Count 39*

29

## Count 39

**Alleged 3 False Statements made to** the FBI:

**False Statement 1:** Chan was *"not involved"* and had *"no involvement"* in the settlement of Huizar's 2013 sexual harassment lawsuit.

**False Statement 2:** Huang, Chairman of the LA Hotel *"did not have anything ... in front of Huizar's district ... that needed Huizar's help or involvement."* Huang *"never asked Huizar for anything, including help on Huang's hotel."*

30

## <u>Debunk False Statement 1</u>

**Chan did not make False Statement 1 when he said** **" he was n*ot involved* with loan/lawsuit settlement"** **because as explained in Count 22:**

- **Esparza gave Huizar the idea to ask Huang for a loan**. *Not Chan.*

- **Huizar asked Huang 1st time for the loan through Hotel General Manager Harris.** *Not Chan.*

- **Huizar asked Huang 2nd time for the loan himself.** *Not Chan.*

- **Zheng hired Attorney Yong to handle the loan.** *Not Chan.*

- **Huizar and Henry formulated the loan arrangement.** *Not Chan.*

- <u>Based on the 81 emails</u> regarding the loan arrangement, **Yong, Huizar, Esparza, Zheng, Grace Luck, and Yan Yan handled the loan process.** *Not Chan.*

*As Chan told the Government, he knew about the loan but he was not involved."*

31

Ex. A
Page 30 of 117

## Debunk False Statement 2

**Chan did not make False Statements 2 and 3 when he said:**

- **Huang *"did not have anything... in front of Huizar's district..."***

- **Huang *"never asked Huizar… help on Huang's hotel."***

**Because the Government manipulated this conversation by hiding keys content to make up this false allegation:**

- Chan said,*"… "…..Francine law suit is quite open at that time…..at that time the chairman doesn't have anything in Jose's district, or in front of Jose's district that needs Jose help or involvement,…I don't remember that the chairman asked Jose for anything…Because none of those projects that he did, like remodeling and stuff like that at his hotel really needs Jose help."*

32

But the Government **OMITTED THE KEY CONTENTS** (Blue Fonts) of the conversation to maliciously and wrongfully accuse Chan of making False Statements:

- Chan said, *"…..Francine law suit is quite open at that time…..at that time the chairman doesn't have anything in Jose's district, or in front of Jose's district that needs Jose help or involvement,…I don't remember that the chairman asked Jose for anything…Because none of those projects that he did, like remodeling and stuff like that at his hotel really needs Jose help."*

*Who made False Statements,*
*Chan or the Government?*

33

- When Chan said *"…..Francine lawsuit is quite open at that time…..at that time,"* Chan meant **during the period when the lawsuit/loan was going on.**

- Because **"at that time,"** **Huang's hotel was only going through remodeling and did not need help from Huizar.**



The ==Entire Conversation== Related to **FALSE STATEMENT 2**

**Chan's Interview w/ FBI Terri 11-7-2018**

**Audio Govt 226 (1723323): 00:49:03 – 00:54:41 (5½ min)**



==*Chan also discussed the L.A. Grand project 4 time with FBI*==

# Count 39 is a <u>Frivolous Charge</u>

## Chan <u>Did Not make False Statements to the FBI</u>

# Briefly Debunk Count 27
# And
# Related Counts 14 and 15

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

38

## Count 27

**Alleged 1 PAY and 2 PLAYs**

**PAY 1**: **Chan AIDED/ABETTED Huizar to solicit**, demand, and/or agree to accept from Fuer Yuan [Chairman of the Luxe Hotel Project] a $100,000 campaign contribution to benefit Huizar wife's campaign for the CD-14 seat.

**PLAY 1**: Huizar voted to approve the Luxe Hotel Project in the PLUM [Planning and Land Use Management] Committee and City Council.

**PLAY 2**: Huizar presented a resolution in the PLUM Committee to benefit the Luxe Hotel Project.

39

==$100,000 PAC== **[PAY 1]**

1. *Yuan committed to Huizar about PAC contribution during a smoke break at the January 24, 2018 dinner. Chan was at the dinner, but not in the smoke break and was not part of the conversation.*

2. *Subsequently, Chiang tried to stall the contribution and asked Chan for help.*

3. *Chan tried to stop the contribution but was unsuccessful.*

4. *Chan and Chiang then stalled Huizar until he abandoned the idea.*

5. *As a result, Yuan never made the contribution to the PAC.*

In ==exchange, Huizar did the following for Luxe: **[PAY 2 & PAY 3]**==

1. *Chan did not discuss or request Huizar to vote to approve the Luxe Hotel Project.*

2. *Chan did not discuss or request Huizar to present such a resolution.*

Chan <u>did not aid or abet</u> Huizar to solicit the $100,000 contribution from Yuan.

- **On the contrary, Chan tried to find reason for Yuan not to contribute and stall** the contribution.
- As a result, Yuan **never contributed $100,000** to the PAC.

# Related Counts: Counts 14 and 15

**Chan was named as a defendant for wire fraud:**

**Counts 14: An email from Esparza to Huizar with two documents, *"Copy of Commitments"* and *"IE Huizar Strategy,"***

> *This email and attachments were sent <u>15 days before</u> Chan first heard about Huizar's request for Yuan's PAC donation.*
> Chan was **not on or copied on** the email; was **not mentioned** in the documents; and had **no knowledge** about the email **or this matter.**

**Counts 15: An email from Huizar to his fundraiser with a document, *"Initial Commitments to PAC"***

> *This email and attachments were sent <u>8 days before</u> Chan first heard about Huizar's request for Yuan's PAC donation.*
> Chan was **not on or copied on** the email; **not mentioned** in the documents; and had **no knowledge** about the email **or this matter.**

41

# Count 27 and related Counts 14 and 15 are Frivolous Charges

**Chan Did Not Aid or Abet Huizar with any PAY or PLAY**

**Chan Did Not participate in any PAY or PLAY**

**Chan Did Not participate in any Mail Fraud**

**Chan Did Not have any Intent to do the above**

42

# *Briefly Debunk Count 28*
# *And*
# *Related Counts 12 and 13*

43

|  | **Alleged Charges** | **Main Count** | **Related Counts** |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | **Chan Agreed to PLAY-then-PAY with George Chiang** | **Count 28** | **Counts 12 and 13** |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

44

# **You May Ask**

## **What does "PAY-to-PLAY" mean in a criminal charge?**

## **Let's see what the Supreme Court says?**

**Supreme Court's Ruling of Public Corruption (PAY-to-PLAY)
was based on <span style="color:red">The McDonnell Case</span>**

- In 2016, former Virginia Gov. Bob McDonnell **was convicted** for public corruption.

  He accepted <u>$175,000 in loans, gifts</u>, and other benefits from a businessman – **the alleged PAY**.

  In exchange,  he took <u>"official actions"</u> to help the businessman by to <u>obtain a research on his product from Virginia's public universities</u> – **the alleged PLAY**.

- Two months later**, Supreme Court overturned the convictions** unanimously.

46

Ex. A
Page 45 of 117

**The Supreme Court ruled**

**that it was NOT a PAY-to-PLAY case because:**

1. There was **no proof of an AGREEMENT** linking:
   - The gifts, loans, and other benefits **(the PAY)** to
   - The help the Governor provided **(the PLAY)**.

2. And the help provided by the Governor to the businessman such as "Setting up a meeting, calling another public official, or hosting an event" **did not, standing alone, qualify as an 'official act.' (the PLAY)** to help the businessman.

47

# *Supreme Court Ruling*

Public Corruption (PAY-to-PLAY) has to have three (3) things:

an **AGREEMENT,**

a **PAY** or an **INTENT**, and

a **PLAY (Official Act)** or an **INTENT**.

Setting up a meeting
calling another public official, or
hosting an event
is **NOT an Official Act.**

48

## <u>Count 28</u>

Alleged a <span style="color:red">Play-then-Pay Agreement</span> between Chan and George:

<u>PLAYs:</u>  Chan pressured the following officials to expedite and vote to approve the Luxe  Project on favorable terms:

 <span style="color:red">PLAY 1:</span> Deputy Planning Director <u>Kevin Keller</u>

 <span style="color:red">PLAY 2:</span> Fire Dept. <u>Malki</u> and Transportation Dept. Verej <u>Janoyan</u>

 <span style="color:red">PLAY 3:</span> Planning Commission (CPC) President <u>David Ambroz</u>

<u>PAYs:</u>    Chan demanded and agreed to accept the following benefits from George for performing the above PLAYs:

 <span style="color:red">PAY 1:</span>  <u>$20,000 cash</u>

 <span style="color:red">PAY 2:</span>  <u>$69,939 in check payments</u>

 <span style="color:red">PAY 3:</span>  <u>$15,000 in check payments through his son, Jeremy</u>

49

The Government alleges that Chan and George had a **PLAY-then-PAY Agreement**
to **PLAY** while he was working for the City
and got **PAY** after he retired from the City and working with George.



**Before Chan retired**     **After Chan retired**

**PLAY 1**
Feb 8, 2017
Chan pressured Keller to
meet with Chiang and
Chairman Yuan

**PLAY 3**
May 12, 2017
Chan pressured
Planning Commission
President Ambroz in a
meeting to approve
Luxe Project

**PAY 3**
Sep 30 and Oct 31, 2017
Jeremy Chan received 2 checks,
$8,450 and $6,550,
a total of $15,000
from George's company.

**PLAY 2**
Mar 13, 2017
Chan pressured
subordinate City officials,
Malki and Janoyan to
expedite and take
favorable actions for
Luxe Project

**PAY 1**
Jun 22, 2017
Chan demanded
$20,000 cash
from George Chiang.

**PAY 2**
Oct 28 and Dee 27, 2017
Chan's company
received 2 checks,
$36,433 and $33,507,
a total of $69,940
from George's company.

**Chan and Chiang had ONLY one agreement – 50/50 Partnership after Chan retired**



**PAY-and PLAY Count 28**

**PLAY 1**
**Feb 8, 2017**
Chan pressured Keller to meet with Chiang and Chairman Yuan, and to approve Luxe Project on favorable terms.
It was a dinner. Keller had been helping Luxe Project since 2015 and already had multiple meals (coffees, lunches, and dinner) with Chiang and Luxe Chairman.

**PLAY 3**
**May 12, 2017**
In a meeting, Chan pressured Planning Commission President Ambroz to approve Luxe Project.
It was a lunch for Chan and Ambroz to patch up their dysfunctional working relationship. Chan did not pressure him to approve Luxe Project.

**PAY 2**
**Sep 30 and Oct 31, 2017**
Chiang issued 2 checks to Jeremy Chan, $8,450 and $6,550, a total of $15,000
$15,000 was a thank you token from Chiang to Jeremy for helping him on land use and real estate matter.

**PLAY 2**
**Mar 13, 2017**
Chan pressured subordinate City officials from Fire and Transportation to expedite and take favorable actions for Luxe Project.
Chan was only inquiring information from the officials from both departments which was part of Chan's job.

**PAY 1**
**Jun 22, 2017**
Chan demanded from Chiang $20,000 cash.
The $20,000 was a signing bonus for Chan to join Chiang's firm which Chan eventually did not take.

**PAY 3**
**Oct 28 and Dee 27, 2017**
Chiang issued 2 checks to Chan's company (LABXG), $36,433 and $33,507, a total of $69,940.
The $69,940 was to pay Chan for working with Chiang every day for six months after Chan's retirement.

**Wire Fraud Count 14**

**Wire Fraud Count 15**

**George and Chan were best friends.**
**They had 3 layers of relationship.**

<u>1st Relationship: Kung Fu *Sifu* [teacher/father] and *Tudi* [disciples]</u>

- Chan has been teaching Kung Fu for free in his backyard since 2007 and had a small group of learners <u>for FREE</u>.

- Chan was their ***"Si-fu"* [teacher/father]** and they were ***"Tu-di"* [disciples]**.  They are like Chan's children.

- Chan was George's ***"Si-fu"* - teacher/father**.

52

•**Pictures: Chan, Chiang and other disciples**







2nd Relationship: Dailo [big brother] and Seilo [small brother]

- George called Chan, **"Dai-lo" - big brother**.

  Chan called George, **"Sei-lo" - little brother**.

- Chan treated George <u>as a brother that he never had</u>.

  George treated Chan <u>as a mentor</u>.

3rd Relationship: After Chan retired, they became 50/50 Partners

- In March 2017, Chan notified the Mayor's Office that he would retire when his 1-year contract expired on June 30, 2017.

- Chan and Chiang agreed that, after Chan left the City, **they would become 50/50 partners.**

54

**Chan did no used his Deputy Position to pressure:**
**Kevin Keller to meet with Chiang and Luxe Chairman (PLAY-1)**

1.  Keller had been helping Luxe Project, had a great relationship with Chiang, and
    already had multiple meals (coffee, lunch, and dinner) with Chiang and/or Yuan.

2. Chiang asked Chan to invite Keller to dinner to celebrate Chinese NY.

3. Afterwards, Keller said he enjoy it.



**2015-12-15**
Keller had
*LUNCH* w/
Yuan, Chiang,
Sun and Chan

**2016-6-2**
Keller had
*DINNER* w/
Yuan, Chiang,
Chan and others

**2016-3-21**
Keller had
*LUNCH* w/
Chiang and Sun

**2016- 9-30**
Keller had
*LUNCH* w/
Chiang and Sun

**2016-10-28**
Keller had
*COFFEE* w/
Chiang and Sun

**2016-12-7**
Keller had
*COFFEE* w/
Chiang and Sun

**OA 199 - 2017-2-9**
Keller had
*DINNER* w/ Yuan, Chiang,
Chan and others.

After dinner, Keller texted
*"Really enjoyed seeing
everyone. A fun evening."*

**Prior to the 2017-2-9 Dinner**
- Keller and Chiang were working closely on the Luxe Project (12 texts)
- Keller had a Lunch and a Dinner w/ Yuan and Chiang
- Keller had 4 Lunches and Coffees w/ Chiang
- Keller arranged Yuan to meet Mayor Garcetti

12 Texts: Keller and Chiang

10 Texts: Keller and Chiang

**6-2-2016**
*Yuan met Mayor Garcetti*
through the arrangement of
Yuan's Project Manager
Sonnet Hui and Keller



**Chan did no used his Deputy Position to pressure:**

FD. Hani Malki and DOT Verej Janoyan to take favorable action (PLAY-2)

*1. Chan worked closely with Malki and Janoyan for years assisting projects.*

*2. Chan only sought a technical interpretation about travel distance and tract map from them - part of Chan's job.*

*3.  It was also the job of Malki and Janoyan to respond.*

*Malki told the Government that he never felt any pressure and Janoyan said that he couldn't remember Chan ever contacted him on this matter.*

==The entire chain of  text messages shows that this was about a technical interpretation :==

*Red, Bold, & Italic Font – Content in Text messages stated by the Government*

*Black, Bold, & Italic Font – Content in Text messages OMITTED by the Government*

**Blue & Bold Font – Clarification for the Content**

Chan (1:45 pm):   *"Hi Lincoln, talked to Hani about travel distance and tract map.*

**[This is only about a technical matter and not about taking favorable action.]**

*He still help.*

**[Malki did express his willingness to help Lincoln, a former colleagues.]**

*Make sure we pay expedite for the the fire review of three tract map.*

**[FD has a program to expedite the review of plans when an expedite fee paid.]**

*Hani's cell phone 2132649842.*

**[Malki wanted Lee to call him to discuss Lee's technical interpretation.]**

*Still wait for Verej to call back."*

Lee (1:45 pm):   *"You are the greatest…I will call hani first."*

Lee (2:15 pm):   *"Spoke to hani and he agrees with me.*

**[Malki agreed with Lee's interpretation.]**

*He asks me to speak to Robert [A Fire Inspector whom Lee knew and worked
with] on this and I left a message for Robert to return my call."*

**[Malki asked Lee to also verify his interpretation with a Fire Inspector.]**

Lee (4:54 pm):   *"George…Robert from fire hasn't returned my call yet… but I will call him again
tomorrow….should be ok because hani is ok."*

**[Lee left a message for the Fire Inspector and waited for a call back.]**

==Chan did no used his Deputy Position to pressure:==
==Planning Commission President David Ambroz to vote to approve Luxe== (PLAY-3

1. *Ambroz was a close friend of Chan's boss so he never listened to Chan.*

2. *Before Chan retired, they had lunch to make up their dysfunctional relationship.*

3. *At that time, the Luxe Project was yet not approved by the Planning Dept. and would not be heard by the Planning Commission until months after Chan retired.*



## City Planning Commission (CPC) Approval

**OA 201**
**May 12, 2017**
**Chan wanted to have lunch with Ambroz to patch up their tense relationship and say goodbye to Ambroz.**

**It was Ambroz's administrative assistant who chose a restaurant in Hollywood so they would meet halfway from their workplaces.**

May 12, 2017
Planning Dept. released Draft EIR Report

May 24, 2017
Planning Dept. held Public Hearing for EIR Report

**June 30, 2017**
**Chan retired**

Aug 18, 2017
Planning Dept. certified EIR Report

Late August
Planning Dept. recommended approval of Luxe to CPC

**3 mon after May 12th Lunch**

**Sep 14, 2017**
**CPC 1st Hearing**
**Planning Commission approved Luxe 6-0 vote**

**2½ mon. after Chan retired**

**4 mon. after May 12th Lunch**

**Nov 9, 2017 CPC**
**2nd Hearing**
**Unanimously approved Luxe 7-0 vote**
**In 2 minutes**

**4 mon. after Chan retired**

**6 months after May 12th Lunch**

1. ***The 2nd CPC Hearing was held on November 9, 2017 - 6 months after the May 7th Lunch and 4 months after Chan retired.***

2. ***At its 2nd Hearing, the Project was approved by a unanimous 7-0 vote in 1 min and 36 sec.***

**In exchange, Chan agreed to accept or accepted the following:**

**June 22, 2017, $20,000 in cash** (PAY-1)

1. *The Govt tainted  a June 22nd phone conversation between Chiang and Chan that included 3 - $20,000:*

   *- $20,000 cash - Loan paid back to Chiang*

   *- $20,000 signing bonus which Chan ventually did not take.*

   *- $20,000 token of appreciation from Chiang's client* for Chan pulling him out of the $8 mil paramount theme park scam.

2. *Chan did not take the signing bonus nor the token of appreciation*

3. *Chiang told the Government multiple times.*

==In exchange, Chan agreed to accept or accepted the following:==

==Two checks to Chan: $36,433.74 and $33,507.23 (PAY-2)==

1. *After Chan retired, Chan set up their Partnership and helped Chiang with his work.*

2. *Chiang offered to share his monthly retainer fee. Chan refused his offer.*

3. *Chiang then offered to share his bonuses. Chan accepted.*

4. *The two checks were to pay Chan for his work from July 2017 and on.*

5. *During that 6-mon period in 2017, Chiang made $387,060 and Chan made 69,940.*

6. *The following year (2018), they split net profits evenly from their 50/50 Partnership businesses - Chiang made $330,015 and Chan made $319,000.*

7. *There is still an undistributed profit ($120,000) that Chiang had not split with Chan*

| Date | July 2017 to December 2017<br>Chan Set up Their 50/50 Partnership Business | | Government Discovery |
|------|-----------------------------------------------------------------------------|--|----------------------|
| Aug 2017 | How to Prepare Sales Package for Existing Buildings and Vacant Land | 2 pages | 2002555 |
| Aug 2017 | Prepared Sales Package - Existing Apartment – Yucca | 33 pages | 2000749 |
| Sep 2017 | Prepared Sales Package - Vacant Land – Province site | 15 pages | 2001808 |
| Sep 2017 | Prepared Sales Package - Existing Apartment - Tribeca | 17 pages | 2002522 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Broadway St. site | | 2002523 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Hill St. site | 47 pages | 2002523 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Main St. site | | 2002523 |
| Sep 2017 | Prepared Permits and Involved Agencies | 1 page | 2002518 |
| Oct 2017 | Defined Functions for the Synergy Consultant Team | 5 pages | 0964881 |
| Oct 2017 | Prepared Brochure for the Synergy Consultant Team | 7 pages | 0028883 |
| Oct 2017 | Prepared Sales Package - Development in Downtown LA | 43 pages | 2002529 |
| Nov 2017 | Prepared Sales Package - Existing Apartment - Burbank | 15 pages | --- |

| Date | July 2017 to December 2017<br>Chan Recruited Business for their 50/50 Partnership business and helped Chiang with his work. | Government Discovery |
|------|---------------------------------|------------------|
| 07-06-17 | Luxe Hotel - Helped w- Bicycle Parking Design | 0052607 |
| 08-19-17 | Real Estate - Solicited a Medical Office Listing | 0202394-14264 |
| 08-19-17 | Luxe Hotel – Helped Chiang w/ his speech at CPC hearing | 2000962 |
| 08-28-17 | Real Estate - Solicited a House Listing | 1999186 |
| 08-30-17 | Real Estate – Asked a person to find Good Properties for Clients | 1998213 |
| 09-02-17 | Real Estate - Presented a Property to Client -Yucca Apt. | 0052822 |
| 09-06-17 | Real Estate - Solicited a House Listing | 1998326 |
| 09-12-17 | Luxe Hotel - Helped with the Presentation and Speech for the CPC Hearing | 2000958 |
| 09-14-17 | Research on Licenses for Cigar Lounge for a Client | 1998429 |
| 09-17-17 | Real Estate - Presented a Property to Client - Tribeca Apt. | 0053054 |
| 09-20-17 | Luxe Hotel - Estimated Construction Cost | 0202394-14350 |
| 09-24-17 | Real Estate - Analyzed Sales Potential - San Gabriel site | 0202394-14364 |
| 10-03-17 | Real Estate – Work w/ CBRE to find Properties for Clients | 0028844 |
| 10-10-17 | Renewable Energy - Worked on a deal for a Client | 0202394-14383 |
| 10-14-17 | Renewable Energy - Worked on a deal for a Client | 0202394-14398 |
| 10-19-17 | Luxe Hotel - Helped finalize Architectural Contract | 0202394-14408 |
| 10-20-17 | Real Estate - Negotiated Farmland for a Client | 0202394-14411 |
| 10-26-17 | Helped a Client's kids to get into a School | 0202394-6468 |
| 10-30-17 | Real Estate - Rejected Farmland deal | 0202394-6462 |
| Nov 2017 | A 10-day trip to four Cities in China to recruit business | 0202394-14472 |
| 12-04-17 | Luxe Hotel - Worked with Luxe Team on the Design and Plan Review of Hotel | 0202394-14503 |
| 12-20-17 | Luxe Hotel - Worked with Luxe Team on Steel Design | 0028923 |
| 12-31-17 | Feed-in-Tariff Energy - Worked on a Deal for a Client | 0029020 |

**Chiang's Net Income v Chan's Net Income**
**July 2017 to December 2017**

| | July 2017 | Aug 2017 | Sep 2017 | Oct 2017 | Nov 2017 | Dec 2017 | George Chiang Net Income $387,060 |
|---|---|---|---|---|---|---|---|
| **Monthly Retainer** | $25,000 | $25,000 | $16,000 | $18,000 | $22,000 | $16,000 | |
| **Bonus Chiang received** | | | | $113,567 $150,000 minus $36,433 to Chan | | $151,493 $185,000 minus $33,507 to Chan | |

**85%**

| | July 2017 | Aug 2017 | Sep 2017 | Oct 2017 | Nov 2017 | Dec 2017 | Ray Chan Net Income $69,940 |
|---|---|---|---|---|---|---|---|
| **Monthly Retainer** | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Bonus Shared by Chiang** | | | | $36,433 For Chan's work after he retired | | $33,507 For Chan's work after he retired | |

**15%**

these $69,940 as 'payment' were for
Chan's work after Chan retired and
not for Chan to perform his official
act when he was the Deputy Mayor.

==Chiang's Income v Chan's Income==
==From their 50/50 Partnership==
==In 2018==

Chiang and Chan worked together in 2018 based on their 50/50 Partnership Agreement.

- Provided consulting services to 11 Projects - ==eight (8) of these projects were brought in by Chan.==

- Brokered two (2) Real Estate Transactions – one (1) of these transaction were brought in by Chan.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consulting Fees | George Chiang | $ 12,918 | $ 12,918 | $ 20,918 | $ 20,918 | $ 20,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 270,016 |
| | Ray Chan | $ 12,000 | $ 12,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 259,000 |
| | | | | | | | | | | | | | | |
| Real Estate Commission | George Chiang | $ - | $ - | $ - | $ - | $ - | $ 30,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| | Ray Ray | $ - | $ - | $ - | $ - | $ - | $ 30,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |

==Chiang and Chan split the net profit 50/50. Chiang made $330,015 and Chan made $319,000.==
[0801680]

In exchange, Chan agreed to accept or accepted the following:

Two checks to Jeremy: $8,240 and $6,550 <mark>(PAY-3)</mark>

1. ***For years, Jeremy helped Chiang. George appreciated Jeremy and gave him gifts.***

2. ***The 2 checks were to appreciate Jeremy and to help Jeremy with buying a car.***

3. ***Chan had nothing to do with these two checks.***

4. ***Because of the Government's false accusation, Jeremy lost his job.***

| DATE | Gifts from Chiang to Jeremy and Some of the Help from Jeremy to Chiang | Government Discovery |
|---|---|---|
| 2014-11-24 | GEORGE gifted $337 Montblanc pen to Jeremy as a graduation gift | - |
| 2015-01-29 | Land Use - Helped George with 12th St project diligence | 1200 Fig email |
| 2015-05-27 | Land Use - Explained to George about Affordable Housing/Child Care | 0202394 - p.7852 |
| 2015-10-11 | Land Use - Debriefed George re: various entitlement processes TFAR / GPA | 0027955 |
| 2015-10-13 | Land Use - Debriefed George re: various entitlement processes TFAR / GPA | Exh. 752C |
| 2015-11-30 | GEORGE gifted Jeremy a $2,300 Cartier watch | Exhibit C-1 |
| 2015-12-03 | Land Use – Helped George w/ 9th Street project diligence and research | 462 W 9th email |
| 2015-12-23 | Paramount - Attended meeting w/ George, reviewed licensing documents | 0202394-p.8046 |
| 2015-12-27 | Paramount – Helped George prepare due diligence investigation | 0028084 to28087 |
| 2016-01-09 | Paramount - Prepared a letter to Paramount Studios | Exhibit C-15 |
| 2016-01-13 | Reviewed and revised George's client's job application cover letter | 0202394-p8094 |
| 2016-01-14 | Paramount - Prepared a memorandum to Paramount Studios in Hollywood | 0028100  to 28102 |
| 2016-03-07 | Reviewed and revised George's client's college application essays and forms | Revised App. Email |
| 2016-07-02 | Paramount - Drafted an additional letter for George to Paramount Studios | 0028353 |
| 2016-09-19 | Land Use - Clarified for George the differences between types of entitlements | 0202394-p8466 |
| 2016-09-21 | Land Use – Helped George wi/ 4th and Hill research /diligence | 0202394-p8473 |
| 2016-11-11 | Land Use – Helped George w/ James M. Wood site research /diligence | 0202394-p8585 |
| 2016-12-02 | Land Use - Helped George w/ Windsor Square Preservation Plan research | Windsor email |
| 2016-12-08 | Land Use – Helped George w/ 7th St project research/diligence | 0202394-p8653 |
| 2016-12-18 | GEORGE gifted Jeremy a $3,500 gift certificate | Exhibit C-11 |
| 2016-12-23 | Land Use – Helped George w/ 7th Street project research/diligence | 0202394-p8696 |
| 2016-12-31 | Land Use – Helped George w/ 7th Street project research/diligence | 7th St email |
| 2017-03-14 | Land Use – Helped w/ Malibu Golf Course site research and diligence | 0202394-p9006 |
| 2017-03-15 | Luxe Hotel - Explained to George about TFAR fees | 0202394-p9013 |
| 2017-06-16 | Luxe Hotel – Showed George how to research City Council Files | 0202394-p9400 |
| 2017-08-01 | Luxe Hotel - Redid entire CPC PowerPoint presentation | 0028696 |
| 2017-08-13 | Land Use - Edited Valley Blvd report | Valley Blvd email report |
| 2017-09-30 | OA 210 : GEORGE gifted Jeremy a $8,450 check (Before Chiang's Bonus Check) | Govt Exh. 772 |
| 2017-10-28 | OA 213: GEORGE gifted Jeremy a $6,550  check | Govt Exh. 773 |

## **Related Counts: Count 12 and Count 13**

**Chan was named as a defendant for wire fraud:**

**Count 12:** The check 36,432.74 that traveled from Synergy's bank account to LABXG's bank account, routed through Florida.

**Count 13:** The check $33,507.23 that traveled from Synergy's bank account to LABXG's bank account, routed through Florida.

- The two checks issued from George's company, Synergy, to Chan's company, LABXG, for all intent and purpose, **were like 'paychecks'** from George to Chan.

**If these are wire frauds, then every worker who has received and is receiving a paycheck has violated wire fraud.**

69

**To summarize Counts 28, 12, and 13:**

1.  Chan and George **only had a 50/50 Partnership Agreement**. There was **no Play-then-Pay Agreement**.

2.  Chan <u>did not helped George to pressure City Officials</u>:

    -   **Chan did not pressure Deputy Planning Director, Keller**, to meet with George and Chairman Yuan – It was only a dinner which Keller enjoyed. **[No PLAY 1]**

    -   **Chan did not pressure FD Hani Malki and DOT  Janoyan** to make favorable decision.  It was only an inquiry on a technical interpretation. **[No PLAY 2]**

    -   **Chan did not meet with CPC President Ambroz to pressure him** to approve Luxe Project.  It was on only a lunch to patch up their dysfunctional relationship. **[No PLAY 3]**

70

3. Chan <u>did not receive any money from George for helping him to pressure City officials</u>:

- **Chan turned down $20,000 from George three times**:
  1st Time: a token of appreciation of $20,000.
  2nd Time:  the $20,000 signing bonus. **[No PAY 1]**

- **The two checks, $69,949, were for Chan's month of work** setting up their partnership business and helping George with his work. **[No PAY 2]**

- **The two checks to Jeremy, $15,000 were a gift of appreciation** from George for all the help that Jeremy had given him and to help with Jeremy's cash-on-hand after he purchased his new car.  **Chan did not even know about this. [No PAY 3]**

4. The two checks **were like 'paychecks'** from George's company to Chan's company. **[No WIRE FRAUDS]**

71

**Count 28 and related Counts 12 and 13 are <u>Frivolous Charges</u>**

There was <u>NO PLAY-then-PAY Agreement</u>

There was <u>NO PAY</u>

There was <u>NO PLAY</u>

There was <u>NO Mail Fraud</u>

Chan had <u>NO Intent</u> to do the above

72

# Briefly Debunk Count 1

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

74

# Count 1

**Allegation:**

Chan was **a member of** a Racketeer Influenced and Corrupt Organizations **(RICO), the CD-14 Enterprise,** which functioned as **a continuing unit** for **a common purpose** to achieve the objectives through **five (5) means**:

a. Accepted or agreed to accept **Financial Benefits** to enrich CD-14 members

b. In return, performed or agreed to perform **Official Acts**

c. Engaged in **Money Laundering and other Concealment Activities**

d. Raised **Campaign Funds** to maintain power of CD-14

e. **Avoid Detection by Law Enforcement** to protect CD-14

75

## Did Chan use any Acts in the 5 Means
## to accomplish the RICO objectives of the alleged CD-14 Enterprise?

| "a" Did Chan accept following benefits? | |
|---|---|
| 1. cash | No |
| 2. consulting fees | Months after Chan retired, Chan accepted two checks ($69,939) from Chiang for working with him for months. |
| 3. favorable loans | Chan did not aid or abet Huizar with the loan because, TWICE, Huizar personally asked Huang for support.  Huang agreed. |
| 4. gambling chips | No |
| 5. political contributions | Chan and Chiang stopped Yuan from donating a $100,000 PAC to Huizar's wife campaign |
| 6. flights | No |
| 7. stays at luxury hotels | No |
| 8. expensive meals | No |
| 9. spa services | No |
| 10. event tickets | No |
| 11. escort services | No |
| 12. other gifts | No |

| "b" Did Chan take these official acts? | |
|---|---|
| 13. present motions | No |
| 14. vote on projects | No |
| 15. take/not take action expedite/delay project | No |
| 16. pressure City officials | Chan did not pressure any officials. Chan only invited Keller to dinner; inquired info from Malki and Janoyan; and had lunch with Ambroz to patch up their dysfunctional relationship. |
| 17. pressure labor unions | No |
| 18. leverage vote power | No |
| 19. introduce  resolutions | No |
| 20. present resolutions | No |

| "c" Did Chan hide and laundry money? | |
|---|---|
| 21. store cash in house | No |
| 22. give cash to others | No |
| 23. avoid paper trail | No |
| 24. use family members to pay expenses | NO |
| 25. avoid bank reporting | No |
| 26. avoid tax reporting | No |

**Did Chan use any Acts in the 5 Means**
**to accomplish the RICO objectives of the alleged CD-14 Enterprise?**

| "d" Did Chan fundraise for following? | |
|---|---|
| 27. Huizar's 2015 re-election campaigns and officeholders | Chan legally participated some fundraisings. |
| 28. Richelle's election campaign | Chan committed to Huizar that he would invite people to a Richelle's fundraising event which was a *legal and common practice*. |
| 29. PACs to support Richelle | One of Chan's client and his associate made a legal donation of $12,500 to the PAC that supported Richelle. |

| "e" Did Chan lie or conceal messages? | |
|---|---|
| 30. lie to law enforcement | Chan did not lie to the FBI. Chan said that he was not involved with the loan (Count 22). Chan also said during the loan/lawsuit time," Huang did not have anything in Huizar's district and never asked Huizar for help because the loan/lawsuit happened 7 months before any discussion about the L.A. Grand Hotel expansion project. |
| 31. influence others' statements | No |
| 32. use encrypted messaging apps. | No |

<u>After Chan retired</u>: *Held 9 political fundraising events and none for Huizar.*
*Attended 4 political fundraising events and none for Huizar and Richelle.*
*Donated first time ever to Huizar's office holder ($1,600 per couple)*
*Chan also told Huizar not to go the Vegas with Huang multiple times.*

## Count 1 is a
## Frivolous Charge

Chan was <u>NOT a member</u> of the CD-14 Enterprise

Chan was <u>NOT in a RICO conspiracy</u> with Huizar

Chan <u>DID NOT engage</u> in any RICO activities

There was <u>NO Common Objectives</u> between Chan and Huizar

There was <u>NO Spoke and Wheel</u> connection

78

# *Briefly Debunk Indirect Bribery*
# *Council President Chief of Staff Deron Williams*
# *thru his son - Junior*

79

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

80

# <span style="color:red">Indirect Bribery Allegation</span>

**Chan Indirectly Bribed Council President <u>Chief of Staff</u> <u>Deron Williams</u> through his son, Deron Williams Jr.**

**<span style="color:red">PLAY 1:</span>** Chan asked Williams to request the Mayor's Chief of Staff, Ana Guerrero, to put pressure on the Planning Commission to approve the Luxe Hotel Project.

**<span style="color:red">PAY 1:</span>** Chan met Williams's son, Junior.  Then at Chan's request, George executed a $1,000 per month consulting agreement with Junior.

Chan, through CCC Investment, paid Junior $2,000 for "consulting services."

81

Chiang asked Deron Williams to ask Guerrero to talk to Ambroz on Luxe [PLAY]
**Williams and Chan were close friends  It was Chiang who asked Williams.**
**Chiang kept on following up with Williams on this matter.**
**Williams asked Chan to calm Chiang down. Chan did.**
**Chiang apologized to Williams.**
**Williams never talked to Guerrero.**

Chan Hired Junior. [PAY]
**Chan hired Junior for 4 months to prepare a report for Rent Control regulations.**
**Chan fired Junior after 2½ months because of his poor work product.**
**Chan Paid him $1900 instead of $4,000.**

82

# Junior's 1ˢᵗ Draft

| CITY | COUNTY | RENT CONTROL |
|---|---|---|
| Los Angeles | L.A. | 3% |
| San Francisco | San Francisco | 2.20% |
| Santa Monica | L.A. | 3% |
| Woodland Hill | L.A. | 3% |
| Oakland | Alameda | 2.30% |
| Beverly Hills | L.A. | 3% |
| Hayward | Alamdea | 5% |
| Berkley | Alamdea | 5% |
| West Hollywood | L.A. | 5% |
| Campbell | Santa Clara | 5% |
| Santa Rosa | Sonoma | 3% |
| San Jose | Santa Clara | 5% |
| Pasadena | | |
| Palm springs | Riverside | |
| East Palo Alto | Santa Cl | |
| Glendale | L.A. | |
| Redlands | San Bern | |
| Thousand Oak | Ventura | |
| Fremont | Alameda | |
| | | |
| Fontana | Alameda | |
| Los Gatos | Santa Cl | |
| Union City | Alameda | |
| San Leandro | Alameda | |
| Van Nuys | L.A. | |

Francisco. If you live in San Francisco, you are usually covered by rent control. Rent Control in San Francisco increases every 12 months by 2.2% The major exceptions are:

- You live in a rental unit with a certificate of occupancy after June 13, 1979, with a few exceptions. This "new construction exemption" is the biggest exemption in San Francisco. The Assessor's database, is where you can usually find out the date your building was constructed which will give the approximate date for the certificate of occupancy. Illegal units do not have a certificate of occupancy, so are covered under the Rent Ordinance unless exempt for other reasons. Some "accessory units" often called in-law units are still covered under rent control despite having a certificate of occupancy issued after June 13, 1979. (SF Administrative Code Section 37.2(r)(4)(D)) Unauthorized units that existed before June 13, 1979 and were brought up to code after that date are also still covered under rent control.
- You live in subsidized housing, such as HUD housing projects. Tenants with tenant-based assistance such as Section 8 vouchers are still covered by the eviction protection of the Rent Ordinance, and sometimes covered by the rent control of the Rent Ordinance. Make an appointment with the Housing Rights Committee of San Francisco for assistance.
- You live in a residential hotel and have less than 32 days of continuous tenancy.
- You live in a dormitory, hospital, monastery, nunnery, etc.
- You live in a single-family home

**Deron Williams**

**Los Angeles County**

Rent control, or rent stabilization, is a collection of laws that restrict the rents a landlord can charge and limits the reasons for eviction. The two work together, so that the landlord doesn't get around a rent limit by evicting the tenant, instead, or vice versa. Los Angeles is a huge area covering neighborhoods so large we think of them as cities: Westchester, San Pedro, Hollywood, Northridge, Encino, Woodland Hills, Van Nuys, Sunland, Eagle Rock, etc.  There are other cities in the area that have rent control, like Beverly Hills, Santa Monica, and West Hollywood. Los Angeles City Council passed rent control in 1978 and has maintained it ever since. Rent control is part of the Los Angeles Municipal Code, the ordinances which specifically regula

**San Francisco**

**March 1, 2017**

In San Francisco
only be raised
"just causes."
landlord can
proper written
Board. San Fr

**The city of Thousand oaks**

The City of Thousand Oaks only has a Rent Stabilization Program for a small number of apartments units and all mobile homes. Apartment rent control does not apply to any tenant who moved into their apartment unit after 1987. Only apartment tenants who have lived in the same eligible rent controlled unit since 1987 are eligible for rent control. Rent Control in The

**Alameda County (Oakland, Berkley, Hayward, Fremont, Union City, San Leandro)**

- There can only be one rent increase in a 12-month period.
- There is no cap on rent increases
- **Rent increases above 5%: Landlords must file a notice with the Program Administrator**
  ○ Rent increases above 5% are subject to review by the Rent Review Advisory Committee.
  ○ If a Landlord or Tenant disagrees with the Rent Review Advisory Committee decision, and the rental unit is a multi-family rental unit built before February 1995, either party may file a petition to have the rent increase determined by a neutral hearing officer whose decision is legally binding on the parties. For all other rental units, the Rent Review Advisory Committee's decision is non-binding.
- **Rent increases at or below 5%**
  ○ Tenants may request a review by the Rent Review Advisory Committee.  The Committee's decision is non-binding.

# Junior's 2ⁿᵈ Draft

**Project Report on Rent Control Conditions**

Question: **When a rental lease expires, can a landlord ask me to move out if I don't want to sign a new lease because I prefer a month to?**

"When the lease expires, the landlord can make you move out. It is up to the landlord whether to offer you a new lease, or agree to continue the tenancy on a month to month basis. The landlord is under no legal obligation to do either. Therefore, if the landlord insists on a new lease, and you refuse to sign it, the landlord can just evict you. You really don't have a choice." Quoted from Frank-Wee Hong Chen a license Real Estate Attorney since 1988.

**Cities with Rent Control Conditions**

**Los Angeles County** (Los Angeles, Beverly Hills, Santa Monica, West Hollywood, Pasadena)

Two Types of rental agreements

A month-to-month agreement

A lease

**LEASES**

With a written lease agreement, the terms of the lease and the monthly rent are fixed for the time specified in the agreement, usually a year.

If you follow the terms, a lease agreement prevents the landlord from raising the rent or asking you to move until the lease expires. Note: if the property goes into foreclosure, or the landlord goes bankrupt, your lease may be terminated.

**When your lease ends**

When your lease expires, you can:

**Cities without Rent control** (Conditions and lease agreements)

**San Diego County** (San Diego, El Cajon, San Marcos, Chula Vista, Carlsbad, Temecula)

There are no state or federal laws limiting the amount of rent that can be charged for a rental unit. A proper notice must be served prior to a rent increase, and it must be at least the period between rent payments.

A month-to-month tenancy requires a 30-days written notice of the increase is ten percent or less, and a 60-day notice if the increase is greater than ten percent.

Late Charges:
Imposed only if stipulated in the rental agreement. The landlord has the right to require that the rent be paid in full on the first of each month. However, Section 13 of the Code of Civil Procedure indicates that one business day at the first of each month must be allowed before late charges are applied

Notice to Vacate: Landlord to Tenant
To terminate a month-to-month- tenancy (for reasons other than nonpayment of rent, breach of the rental agreement or violation of a lease term) the landlord may serve the tenant with a notice simply stating the premises must be vacated in 30 or 60 days. (Tenants who have lived in a unit for a year or more are entitled to 60 days' notice while others with less residency time receive 30 days). In San Diego County, the landlord is not required to explain the notice to vacate. However, in the City of San Diego the "Just Cause Eviction Ordinance" is an exception for tenants of two or more years' residency. **For tenants receiving Section 8 housing assistance, a 90-**

Day notice to vacate is required. It is illegal for a landlord to give a tenant notice to vacate if this action is either retaliatory or discriminatory.

**San Gabriel Valley** (Monrovia, Azusa, Walnut, San Dimas, Alhambra, Pomona, Diamond Bar, West Covina, Claremont, Baldwin Park, Pasadena)

**The law does not require landlords to give you a reason why they want you to move out, unless you live in a city with rent control.** (applies to all cities referred)

There are numerous factors a proprietor could need to evict, consisting of the not paying rental for breaching his lease. Occasionally a proprietor and tenant simply can 't see eye to eye on various points or services or late costs, and the landlord longs for the occupant to leave yet the tenant will not go willingly, so the property manager is compelled to begin the eviction procedure.

A tenant can be asked to leave under circumstances that breached the lease agreement. When evicting a tenant, you must compose out every one of the circumstances or scenarios that would trigger you to ask a tenant to leave in addition to consist of those in your lease arrangement so you will have a solid foundation based upon breach of contract must you need to submit an eviction fit. By authorizing the lease agreement with these terms included, the tenant is concurring to all these terms when they authorize the lease.

You can ask a tenant to leave if they **are harming his apartment or occupants doing** any kind of kind of crim... sales.

If a tenant has a lease, rent increases cannot be made until the expiration of the lease. If a tenant has a month-to-month (or other periodic) rental agreement, a landlord has the right to increase the rent with proper advance written notice at any time.

**Los Angeles County W...**

**Cities in Los Angeles-P... referred)**

Leases: month to month an...

A landlord can make chang... lease states that changes ca...

Landlords can evict any ten...

A landlord can extend a month-to-month tenancy by properly giving the tenant either 30 days or 60 days' advance written notice. The notice given is dependent on various factors including length of tenancy in the unit. Thirty (30) days' notice is required if the tenant has lived in the rental unit for less than one year, and 60 days' notice is required if the tenant has lived in the unit for more than one year. However, a landlord may also issue a three-day eviction notice if the tenant has violated certain rules or obligations. (CA Handbook pages 50-51, 67-74).

**California Eviction Law: California Department of Consumer Affairs**

**WHEN CAN A LANDLORD TERMINATE A TENANCY?**

A **landlord** can terminate (end) a month-to-month **tenancy** simply by giving the **tenant** 30 or 60 days' advance written notice. (For an explanation of month-to-month tenancies, see Rental Agreements and Leases for an explanation of 30-day and 60-day notices, see Giving and Receiving Proper Notice and Written Notices of Termination below.) However, the landlord can terminate the tenancy by giving the tenant only three days' advance written notice if the tenant has done any of the following:

- Failed to pay the rent.
- Violated any provision of the lease or rental agreement.
- Materially damaged the rental property ("committed waste").
- Substantially interfered with other tenants ("committed a nuisance").
- Committed domestic violence or sexual assault against, or stalked another tenant or subtenant on the premises.
- Used the rental property for an unlawful purpose.
- Engaged in drug dealing, unlawfully used, manufactured, imported, or manufactured illegal drugs.
- Using the building or property to conduct dogfighting or cockfighting.
- Unlawful conduct involving weapons or ammunition.

**Three-day notices** are further explained below.

If the tenant doesn't voluntarily move out after the landlord has properly given the required notice to the tenant, the landlord can evict the tenant, but to evict the tenant, the landlord must first file an unlawful detainer lawsuit in Superior Court.

# Junior's 3rd Draft



# Junior's 4th Draft



# Chan Indirectly Bribed Deron Williams through his son, Deron Williams Jr. is a <u>False Allegation</u>

## Chan Did Not do PLAY 1

It was George who asked Williams to talk to Guerrero to support the Luxe Project at the City Planning Commission.

## There was no PAY 1

Hiring and firing Williams Jr.
was a business arrangement that did not work out,
not a PAY for his father talking to Guerrero.

87

*Briefly Debunk Indirect Bribery*

*Public Work Commissioner Joel Jacinto*

*thru his son - Ave Jacinto*

88

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| **7** | **Chan Indirectly Bribed Public Works Commissioner thru his wife** | **Count 1** | **----------** |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

89

## <u>Indirect Bribery Allegation</u>

**Chan Indirectly Bribed <u>Public Work Commissioner Joel Jacinto</u> through his wife, Ave Jacinto.**

**In November 2017, Chan directed Andy Wang to hire Ave Jacinto because her husband Joel Jacinto, a Public Work Commissioner, helped Chan influence officials to take favorable action on the Luxe Hotel Project.**

**PLAY 1:** In April and May 2018, <u>Chan directed George, caused Joel Jacinto to influence City Officials to take favorable official action</u> on the Luxe Hotel Project.

**PAY 1:** From June to October 2018, <u>Chan caused Wang pay $16,110 to Ave Jacinto, as part of Chan's plan to influence Joel Jacinto</u>'s official acts to help the Luxe Hotel Project.

90

*Chan did not know that Wang bribed three officials, was caught by the FBI, and became the FBI's*
*undercover to trap Chan.*
*==Chan helped Wang for 18 months to launch his business for free.==*

Andy Wang hired Ave ==[PAY]==

1. *In Oct 2017 Wang asked Chan to recommend someone to organize an event.*
2. *Chan recommended Ave. Wang interviewed her and hired her.*
3. *Ave did an excellent job organizing the event.*
4. *Wang was happy and paid Ave $6,000.*

5. *IN April 2018, Wang rehired Ave to help develop his business.*
6. *In 6 months, Ave did tons of work (30+ meetings, business plan, brochure, etc.)*
7. *Wang paid her a total of $16,000+.*

91

In 6 months, Ave attended/conducted **30+ meetings** with
Wang, Chan, and/or others to develop Wang's business.

| Date | Number of Meeting(s) | | Date | Number of Meeting(s) | | Date | Number of Meeting(s) |
|---|---|---|---|---|---|---|---|
| 04-17-18 | 1 | | 05-31-18 | 1 | | 07-18-18 | 1 |
| 04-18-18 | 2 | | 06-06-18 | 1 | | 07-27-18 | 1 |
| 04-25-18 | 1 | | 06-07-18 | 1 | | 07-30-18 | 1 |
| 05-02-18 | 1 | | 06-14-18 | 3 | | 08-02-18 | 1 |
| 05-03-18 | 1 | | 06-21-18 | 2 | | 08-23-18 | 1 |
| 05-09-18 | 1 | | 06-28-18 | 1 | | 09-06-18 | 1 |
| 05-16-18 | 1 | | 06-29-18 | 1 | | 09-11-18 | 1 |
| 05-18-18 | 1 | | 07-05-18 | 2 | | 10-08-18 | 1 |
| 05-23-18 | 1 | | 07-10-18 | 1 | | 10-15-18 | 1 |
| 05-24-18 | 1 | | 07-12-18 | 2 | | | |

**Sales meetings with potential customers are <u>not included</u>.**

92

# Ave established a Business Marketing Plan



93

## Ave established a **Budget Proposal**



BUDGET – PROPOSAL
June-Dec 2018

DRAFT

| | Jun 2018 Forecast | Jul 2018 Forecast | Aug 2018 Forecast | Sep 2018 Forecast | Oct 2018 Forecast | Nov 2018 Forecast | Dec 2018 Forecast | Forecast Budget YTD 2018 Budget Forecast | Approved Budget Approved Budget | Variance YTD Forecast v Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| Collateral Production | | 3,000.00 | | | 2,000.00 | | | 5000.00 | | 5000.00 |
| Advertising - print, online | | 500.00 | | | | | | | | 0.00 |
| Professional Dues & Subscriptions | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Training, Education & Develop | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Conferences, Conventions & Trade Shows | | | 5,000.00 | | | 5,000.00 | | 10000.00 | | 10000.00 |
| Printing, Stationery & Supplies | | 5,000.00 | | | | | | 5000.00 | | 5000.00 |
| Gifts and Giveaways | | | | | | 2,500.00 | 2,500.00 | 5000.00 | | 5000.00 |
| Equipment Purchase/Rentals | | | | | | | | 0.00 | | 0.00 |
| Mailers - Postage & Delivery | | 250.00 | | | | 250.00 | | 500.00 | | 500.00 |
| Miscellaneous Expense | | | | | | | | 0.00 | | 0.00 |
| **Other G&A Expenses (excl. Travel)** | **100.00** | **8,850.00** | **5,100.00** | **100.00** | **2,100.00** | **7,850.00** | **2,600.00** | **26200.00** | **0.00** | **26200.00** |
| | | | | | | | | | | |
| Travel - Hotel/Air | | | | | | | | 0.00 | | 0.00 |
| Taxi/Parking/Automobile/Car Rental/Mileage | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Meals | | | | | | | | 0.00 | | 0.00 |
| Entertainment | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3500.00 | | 3500.00 |
| Other | | | | | | | | 0.00 | | 0.00 |
| **Sales Travel Expenses (Local and Other) & Entertainment** | **550.00** | **550.00** | **550.00** | **550.00** | **550.00** | **550.00** | **550.00** | **3850.00** | **0.00** | **3850.00** |
| | | | | | | | | | | |
| **Operating Expenses** | **18,850** | **25,150** | **17,400** | **12,900** | **14,400** | **19,150** | **13,900** | **124250.00** | **0.00** | **124250.00** |

Page 1 of 1

94

## Ave established a To-do-List to monitor progress

### TO-DO LIST

| Category | Task/Action | Priority | Status | Start Date | Due Date | % Complete | Notes |
|---|---|---|---|---|---|---|---|
| Database | Update with Prang List | High | Complete | 5/17/2018 | 5/24/2018 | 100% | Added Prang invite list for both builders and associates |
| Database | Go through list and identify connectors, potential, follow up method | High | In Progress | 5/23/2018 | 6/6/2018 | 25% | Work with Ray on this, weekly, prioritize the names |
| Database | Implore assistance from Karen Moreno and others to escalate identifying key contacts | High | In Progress | 5/31/2018 | 6/5/2018 | | |
| Sales Tool | Price List | High | Not Started | 5/16/2018 | 6/6/2018 | | Spoke with Bill -- need to sit down with Melody he says to get this |
| Sales Tool | Bill's Design list | High | Not Started | 5/16/2018 | 6/6/2018 | | Spoke with Bill 5/22 by phone; doesn't designs to share, but can use Pardee Homes as examples of what he did for |
| Sales Tool | Bill's Bio - compile his expertise | High | In Progress | 5/16/2018 | 6/6/2018 | | Spoke with Bill 5/22 by phone; doesn't have bio. Ave to compile given his answers to questions given to him |
| Sales Tool | Script & Question / Answer | High | In Progress | 5/16/2018 | 6/6/2018 | 50% | working doc -- keep adding questions/script verbiage |
| Sales Tool | Handout PDF version 11x17 folded | High | In Progress | 5/16/2018 | 6/6/2018 | 0% | Spoke with designer; providing me samples; need to get him photography and copy for each page |
| Sales Tool | Handout PDF version 11x17 folded | High | In Progress | 5/16/2018 | 6/6/2018 | | Spoke with designer; providing me samples; need to get him photography and copy for each page |
| Sales Tool | Video - shorter version for email or builder use / for public | Normal | Deferred | 6/31/2018 | 7/31/2018 | | |
| Sales Tool | Email Templates - Ask for Meeting / Call | Normal | In Progress | | | 75% | |
| Sales Tool | Email Template - Ask for referral | Normal | In Progress | | | 75% | |
| Sales Tool | Photography of the showroom | High | In Progress | 5/31/2018 | 6/8/2018 | 25% | Interviewed Andrew Boquiren, photographer, at the showroom. Submitted quote |
| Website | BIA Directory Listing - update information - add photos, names, titles, add logo | Low | Deferred | 5/31/2018 | 6/6/2018 | 0% | |
| Website | NextData website to include expertise section | Low | Deferred | 5/31/2018 | 6/6/2018 | | |
| Project Mgmt | Keep track of Synery Alliance office automation build out | High | In Progress | 5/1/2018 | 8/30/2018 | 25% | |

## Ave established a Her own Activities Summary



NEXTDATA AUTOMATION - ACTIVITY SUMMARY - AJ

## Ave established a Sales Brochure



97

**<mark>Chiang sought guidance and asked for a "case management" meeting from Joel</mark>** [PLAY]

1. *Chiang had a great relationship with Joel. They called each other "brother."*
2. *Joel had been helping Chiang on Luxe and other projects since 2014.*
3. *Chiang volunteered to seek guidance from Joel on four technical matters:*
   - *Location of street curb front*
   - *Street centerline measurement*
   - *Locations of LA Streetcar*
   - *Permit clearances procedure*

- Joel did not know the detail answers. George and his colleagues <u>e-mailed Joel Jacinto to state these four matters in writing</u>.  Joel forwarded this email to staffers to seek their guidance.

1. *Case Management "all-hands-on-deck" meetings were a common service provided by the City to assist and guide projects.*

2. *It was also part of Joel's job to act on Chiang's request.*

3. *Joel Jacinto lost his job over this matter.*

98

# Chan Indirectly Bribed Joel Jacinto
# through his wife, Ave Jacinto, is a
# <u>False Allegation</u>

## There was no PLAY 1

George took the lead to ask Joel Jacinto
to coordinate a meeting with his staffers
for guidance on technical issues, not for favorable actions.

## There was no PAY 1

The $16,110 was earned by Ave Jacinto for her 6-month work,
and not a part of Chan's plan
to influence Joel Jacinto's official acts to help Luxe Project.

99

# Briefly Debunk Indirect Bribery
# City Staffer Shawn Kuk
# Through his Mother and Brother

100

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan | Count 22 | Counts 2, 3 and 4 |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

101

## <u>Indirect Bribery Allegation</u>

### Chan Indirectly Bribed City Staffer Shawn Kuk
### through Kuk's mother and brother.

- **On June 14, 2018**, CHAN suggested to Wang to provide a **"finder's fee" to Kuk through a fake consulting contract with Shawn Kuk's mother.**

- **On September 28, 2018**, Chan met Wang and Kuk for dinner, Chan further suggested that Wang provide a **$5,000 "sign-on bonus" to Kuk by routing it to Shawn Kuk's brother's company.**

102

<u>Kuk to help Andy Wang</u>

1. ***Kuk was the Planning Director for Huizar.***

2. ***<mark>Kuk</mark> needed more income to support his family and planned to leave the CD14. Kuk agreed to work w/ Chan and Chiang as an independent consultant after he left City.***

3. ***<mark>Wang</mark> needed more people to bring business in for him. Chan decided to introduce Kuk to Wang hoping that Kuk would introduce people to see Wang's product and, in return, Kuk would get a finder fee.***

4. ***Chan had no gain from this arrangement. And Chan did not need this arrangement to curry favor with Kuk because of their personal and upcoming working relationships.***

103

<u>Four (4) Entrapment Attempts</u>

1. ***After Kuk met with Wang, the FBI requested funding for $10,000 as "bribe money" to pay Kuk, even though Kuk had not committed to work with Wang.***

2. ***After that, Wang repeatedly asked Chan to set a meeting with Kuk. Chan set up a dinner for September 18, 2018.***

104

194B-LA-255905 Serial 993 UNCLASSIFIED

FD-1057 (Rev. 5-8-10)



OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U) HQ Request: Bribe Payment to Public    Date: 07/05/2018
       Official (SHAWN KUK)

From: LOS ANGELES
        LA-PC-1 (SSA D. CHUNG)
        Contact: Andrew R. Civetti, 310-996-3820

Approved By: A/SSA PARK HANS
             A/ASAC Dae Hwan Chung
             SAC Voviette D. Morgan

Drafted By: Andrew R. Civetti

Case ID #: 194B-LA-255905         (U) Operation Casino Loyale;
                                  Sensitive Investigative Matter

Synopsis: (U) To request $10,000 bribe payment to a public official.

Details:

To request authorization from FBI HQ for a CHS to make a bribe payment to
a public official through the official's mother.

The payment is requested by RAYMOND CHAN, former LA Deputy Mayor of
Economic Development and former General Manager of LA Department of
Building and Safety, as a bribe payment to SHAWN KUK, Los Angeles City
Council District 14 Planning Director, through his mother (identity
currently unknown).

**Subsequently, Wang, who acted under the direction of Special Agent Civetti, at different times and in different ways urged and encouraged Kuk to accept the $10,000 check**:

**1st time:**   **At the September 28th dinner**, Wang attempted to give Kuk the $10,000 check.  Kuk refused to take the check.   Chan took the check but, after dinner, returned the check to Wang.



.106

**2ⁿᵈ time: At the October 3ʳᵈ lunch**, Wang attempted to give Kuk the check.  Kuk refused to take the check.

Then Wang offered Kuk cash.   Kuk also refused to accept.

Finally Wang changed strategy and told Kuk that he would provide the $10,000 check to Chan for Chan to hold on to for Kuk.  Kuk felt the pressure and agreed to that.




**3rd time:  On October 8,** Wang told Chan that it was Kuk who asked Wang to give the check to Chan for Chan to hold on to for Kuk.  C

Chan refused to take the check. Chan told Wang just don't bring up the check anymore.

**4th time:  On October 26**, Wang tried to push Kuk to get a ridiculous Memorandum of Understanding signed by his friend in hope of Kuk receiving the $10,000 check after that.  The last attempt failed also.

Neither Kuk nor Chan took the $10,000 check or cash
All Four Entrapment Attempts Failed

.108

# The Truth
# about the 12 Counts and 3 Indirect Briberies

|  | Alleged Charges | Counts | Truth |
|---|---|---|---|
| 1 | Chan Aided/Abetted Huizar<br>to obtain benefits, Vegas trips and a Loan | 22<br>2, 3, and 4 | **Contrary to the Truth** |
| 2 | Chan Made False Statements<br>about a Loan and Huizar | 39 | **Contrary to the Truth** |
| 3 | Chan Aided/Abetted Huizar<br>to obtain $100,000 Campaign Contribution | 27<br>14 and 15 | **Contrary to the Truth** |
| 4 | Chan Agreed to PLAY-then-PAY<br>with George Chiang | Count 28<br>12 and 13 | **Far from the Truth** |
| 5 | Chan was a member of CD-14 Enterprise,<br>a Racketeer Influenced & Corrupt Org. | Count 1 | **Contrary to the Truth** |
| 6 | Chan Indirectly Bribed<br>Council President Staffer's thru his son | Count 1 | **Far from the Truth** |
| 7 | Chan Indirectly Bribed<br>Public Works Commissioner thru his wife | Count 1 | **Far from the Truth** |
| 8 | Chan Indirectly Bribed<br>Council Staffer thru his mother and brother | Count 1 | **Far from the Truth** |

109

# The Truth
## about the 12 Counts and 3 Indirect Briberies

Chan <u>Did Not Aid or Abet Huizar with any PAY or PLAY</u>

Chan <u>Did Not participate in any PAY or PLAY</u>

Chan <u>Did Not participate in any Mail Fraud</u>

Chan <u>Did Not make False Statements</u> to the FBI

Chan <u>Did Not have a PLAY-then-PAY Agreement with George</u>

Chan <u>DID NOT participate in any RICO activities</u> with Huizar

Chan <u>Did Not have any Intent</u> to do the above

**All the 12 Counts and the 3 Indirect Briberies against Chan were Fabricated by the Government by applying <u>Illegal Tactics</u>.**

110

During Trial,

**<span style="color:red">We will show you many EVIDENCE</span>**
Emails
Text messages
Recorded Conversations
Statements from people interviewed by the Government
Documents
**<span style="color:red">And through Direct and Cross Examinations of many WITNESSES</span>**

You will see that
**<span style="color:red">All Counts and their related Overt Acts</span>**
**<span style="color:red">are at least <u>Far from the Truth</u>,</span>**
**<span style="color:red">if not totally <u>Contrary to the Truth</u>.</span>**

111

## Examples of Government's Investigative Errors

| Count | Example |
|-------|---------|
| 1 | The Government made-up a false connection that George executed a $1,000/ month agreement with Deron Williams Jr. and paid Jr. $2,000 for "consulting services" for Deron Williams's assistance on the Luxe Hotel Project. |
| 27 | The Government made-up a false conclusion that Chan aid/abet Huizar with a $100,000 PAC Contribution to benefit Huizar's wife's campaign. |
| 28 | The Government made-up a false conclusion that Chan met with Planning Commission President Ambroz to pressure him to approve the Luxe Hotel Project. |

112

### Examples of Government's Investigative Errors

| Count | Example |
|---|---|
| 2, 3, 4 | The Government made-up a false charge to indict Chan on the Huizar loan collateral emails, which Chan was not emailed about or copied on; had no knowledge of; and was not involved with. |
| 12, 13, 14, 15 | The Government made-up a false charge to indict Chan on Huizar's fundraising emails, which Chan was not emailed about or copied on; and, had no knowledge of. |
| 28 | The Government made-up a false charge that Chan's son, Jeremy, accepted $15,000 in check payments for Chan to take official actions to favor Luxe Project. |

113

**Examples of Government's Concealment**

| Count | Example |
|-------|---------|
| 1 | The Government concealed evidence about Jr.'s various reports, which reveals that Jr.'s agreement was a legitimate business deal. |
| 22 | The Government omitted evidence that Chan never went to Vegas with Huizar and Huang. |
| 27 | The Government concealed evidence that Chan tried to stall and stop the PAC contribution. |
| 28 | The Government concealed evidence that Planning Director Keller worked extensively with George. |
| 39 | The Government concealed portions of the text messages that would exonerate Chan for this count. |

114

### Guilt by Association

The investigation started with an official (Jose Huizar) and a Chinese (Wei Huang).

The Government **saw Wang as an inroads** to Chan. Adding a Chinese and former Deputy Mayor to the case would **link Huizar and Huang** since Chan knew both Huizar and Huang.

Investigating Chan would also **generate more interest** in the case. If the DOJ and FBI could successfully convict, they would **greatly improve their reputation** and look like heroes.

115

## Guilt by Association

The investigation expanded twice to **include George Chiang**.

**Chiang was already being investigated** by the FBI because Chiang had some deals with Huizar that Chan did not know about or was involved in.

After Chan retired, Chiang and Chan became business partners.

Naturally, keeping the first reason in mind, **the FBI also grew suspicious of Chan** because of his relationship with Chiang.

116

## <span style="color:red">Department of Justice's Agenda</span>

The investigation into Chan also matches the objectives of a Trump-era policy known as the **<span style="color:red">China Initiative</span>**.  The purpose of the China Initiative was **<span style="color:red">to counter Chinese threats to US national security</span>**. However, in practice, the DOJ and FBI **<span style="color:red">accused many Asian</span>** academics, professors, and engineers of spying but **<span style="color:red">no one was successfully indicted</span>** of espionage.

Instead, many of these cases were dismissed and innocent defendants alleged that the FBI agents **<span style="color:red">made false statements</span>** to prosecutors to secure an indictment.

Chan is not an academic, but **<span style="color:red">Chan fits the profile</span>** as a <u>Chinese American who was well-known as a former Deputy Mayor.</u>

Los Angeles is the second largest city in the U.S. By making Los Angeles seem infiltrated by "corrupt" Chinese like Chan and Huang, the **<span style="color:red">DOJ and FBI could justify their efforts and use of illegal tactics</span>**.

117

## Sunk Resources

With the first three reasons, the Government launched their investigation against Chan and decided it would be good to **invest the time, resources, and effort** to:

1. Wiretap, record, and review Chan's phone contents

2. Use Wang as an agent for over a year to wear a wire when meeting with Chan

3. Instruct Wang, prepare documents for Wang, and hire staff to listen in on meetings

4. Bug Chan's office by installing home automation hardware (worth over $60,000)

This effort continued for over a year. It cost lots of tax dollars.

118