# EXHIBIT A

**[Court Letterhead]**

March __, 2023

VIA EMAIL AND U.S. MAIL

[Juror Name and Address
Juror Email Address]

      Re:    *United States v. Raymond Chan*, Case No. CR 20-326(A)-JFW-2
             Continuance of Trial Until April 24, 2023

Dear [Juror Name],

    The Court writes to provide additional information regarding the ongoing trial recess in *United States v. Raymond Chan*, for which you began serving as a juror on February 21, 2023, and to express the Court's and parties' sincere appreciation for your continuing jury service on this case.

    On March __, 2023, Courtroom Deputy Shannon Reilly informed you by text message that you did not need to report back to court on Monday, March 27, 2023, for resumption of trial in this case, and that more information would be provided shortly. Upon consultation with the parties, I have now continued the date to resume trial to **Monday, April 24, 2023**. Unless you hear otherwise from Ms. Reilly, you are ordered to return to the jury room on the 7th floor of the U.S. Courthouse at 350 West 1st Street by 8:00 a.m. on April 24.

    The reason for the continued trial recess is to accommodate Harland Braun, counsel for Mr. Chan, who needs additional time to recover from medical issues.

    As I explained when you were last in Court, the government is near the completion of its case and anticipates approximately three more days of witness testimony. The defense will then call its own witnesses, and the government will have an opportunity thereafter to present additional testimony, if appropriate. Following the close of all evidence, the government and the defense will present their closing arguments, I will instruct you on the law, and you then will begin your deliberations. The parties estimate that, all told, the remainder of the case should last no longer than approximately two-to-three weeks, and may be completed sooner.

    The Court and parties understand the inconvenience and difficulty this ongoing recess of the trial has imposed and may impose going forward on you, your family, and your employer. We are grateful to you for your participation in this trial, your willingness to continue serving as

a juror, and your commitment to fulfilling your civic duty. Your time and dedication are indispensable to our system of justice.

In light of the continuing recess, I would like to remind you – as I did every day of the trial including when you were last in court on March 3 – about the obligations you assumed when you were administered your oath as a juror. Those obligations include: You are not to discuss the case with anyone, including your fellow jurors, members of your family or close friends, or anyone else; similarly, do not allow anyone to approach and address you about the case. You also must not read, watch, or listen to any news reports regarding the trial and not conduct any independent research about the case, the matters in the case, the legal issues in the case, or the individuals or other entities involved in the case. Furthermore, you should keep an open mind and not form or express any opinion about the case, until all the evidence has been received and you have heard the arguments of counsel and the instructions of the Court.

Thank you again for your continuing jury service and for the time and attention you have devoted to this case.

Sincerely,